# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. MAGISTRATE JUDGE MINUTE ENTRY

**(X) VIDEO Initial Appearance**
**(X) Arraignment**
**(X) Detention status reviewed**

MAGISTRATE JUDGE: Ronald E. Bush  　　　DATE: 3/11/2020
DEPUTY CLERK/ESR: Lynette C./Lynette P.  　　TIME: 2:20 pm (15 min)
　　　　　　　　　　　　　　　　　　　　　　Boise/CDA, IDAHO

　　　UNITED STATES OF AMERICA vs. TRINA MARIE WELCH
**CR. 20-052-N-DCN-1**

Counsel for:  United States (AUSA): Traci Whelan
　　　　　　　Defendant: Laura Aschenbrener/Richard Mount- Retained counsel
　　　　　　　USPO: Lisa/Rebecca

(X) Defendant Waived Personal Appearance for today's proceedings.
(X) Court reviewed the record (X) Defendant placed under oath.
(X) Defendant appears on a Summons/Indictment.
(X) Constitutional Rights to Jury Trial and Counsel advised.
(X) Maximum Penalties Provided.
(X) Arraigned on the **Indictment.**
(X) Copy furnished to defendant/understands the charges and maximum penalties.
(X) Waived Reading
(X) Retained counsel notice of appearance filed- Doc. 3.
(na) Court examined Financial Affidavit and made finding to appoint counsel/CJA.
(na) E-Order apptg FD
(na) Assertion of rights scanned.
(X) PLEA: NOT GUILTY Plea entered for defendant.

(X) **ORDER:** Court entered Procedural Order with Counsel making their elections, setting Jury Trial before **Chief Judge Nye**, at CDA, Idaho: **1:30 PM (Pacific), MAY 4, 2020, with Govt. Initiating Telephone Readiness Conference, APRIL 21, 2020 at 4pm (MTN).**

(X) Govt. did not file a motion for detention.

(X) **ORDER:** Court entered Order of Conditions of Release- refer to Order.

**(X)** Defendant excused after processed by of USMS.

(X)  Counsel may keep copy of Bail Report, So Ordered.