J. Stephen Roberts, Jr.
Federal Defenders of Eastern Washington and Idaho
10 N Post St., Ste. 700
Spokane, Washington 99201
(509) 624-7606

Attorneys for the Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO
The Honorable David C. Nye

| United States of America, | No. 2:20-CR-00052-DCN |
|---|---|
| Plaintiff, | **Notice Re: Sealed Filing of Character Letters** |
| v. | |
| Trina Marie Welch, | |
| Defendant. | |

In support of her request for a 24-month sentence of incarceration, plus 12 months of home confinement, to be followed by 3 years of supervised release, a $100 special penalty assessment and no criminal fine – Ms. Welch submits the following character letters. These letters (Exhibits A-C) will be filed under seal with the Court as they contain sensitive personal and financial information about Ms. Welch and the victim in this case K.S. and is not appropriate for the public docket.

**Exhibit A** – Consists of character letters to the Court from Ms. Welch's family.

**Exhibit B** – Consists of character letters to the Court from Ms. Welch's friends.

**Exhibit C** – Consists of a letter from Rick Methvin, who was Ms. Welch's former employer at Kasco Communications. Mr. Methvin was a 50% owner of Kasco Communications and former business partner of victim K.S.

Dated:   September 15, 2022

Respectfully Submitted,

/s/ *J. Stephen Roberts, Jr.*
J. Stephen Roberts, Jr., WA 45825
Attorneys for Trina Marie Welch
Federal Defenders of
Eastern Washington and Idaho
10 N Post St., Ste. 700
Spokane, Washington 99201
(509) 624-7606
(509) 747-3539
Email:  Steve_Roberts@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Traci J. Whelan, Assistant United States Attorney.

<u>/s/ J. Stephen Roberts, Jr.</u>
J. Stephen Roberts, Jr., WA 45825
Attorneys for Trina Marie Welch
Federal Defenders of
Eastern Washington and Idaho
10 N Post St., Ste. 700
Spokane, Washington 99201
(509) 624-7606
(509) 747-3539
Email:  Steve_Roberts@fd.org

**Notice Re: Sealed Filing of Character Letters - 3**