JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
**WILLIAM M. HUMPHRIES, IDAHO STATE BAR NO. 11709**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
1290 W. MYRTLE ST., SUITE 500
BOISE, ID  83702
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413
Email:  Bill.Humphries@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>vs.<br><br>TRINA MARIE WELCH,<br><br>        Defendant. | Case No.  2:20-cr-00052-DCN<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that WILLIAM M. HUMPHRIES, Assistant United States Attorney for the District of Idaho, hereby appears in the above action as one of the attorneys representing the United States of America and requests that he be added to the list receiving service of papers and pleadings filed in this action.

Respectfully submitted this 19th day of September, 2022.

                          JOSHUA D. HURWIT
                          UNITED STATES ATTORNEY
                          By


                          /s/_____
                          WILLIAM M. HUMPHRIES
                          Assistant United States Attorney

NOTICE OF APPEARANCE – 1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 19, 2022, the foregoing **NOTICE OF APPEARANCE** was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s):

Steve Roberts
Steve_Roberts@fd.org
*Defense Attorney*

Amy Rubin
Amy_rubin@fd.org
*Defense Attorney*

/s/_____
Chelsie Black
Financial Litigation Technician

NOTICE OF APPEARANCE – 2