CRIMINAL PROCEEDINGS – **Loss Hearing and Sentencing**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge David C. Nye  
Case No: 2:20-cr-52-DCN  
Place: Coeur d' Alene, ID

Date: **September 16, 2022**  
Deputy Clerk: Patti Richmond  
Reporter: Ronelle Corbey  
Time: 9:00 – 1:00

## UNITED STATES OF AMERICA vs TRINA MARIE WELCH

Counsel for United States: Traci Whelan and Bryant Gunnerson  
Counsel for Defendant: Amy Rubin and Steve Roberts  
Probation Officer: Tonya McDonald

(X) Government presented their case in chief on August 3, 2022.
(X) Defendant presented their testimony and evidence. Exhibit #1 (W-2's) were offered and admitted. Defendant rested.
(X) Court took a recess.

(X) Upon reconvening, the court proceeded to Sentencing.
(X) Defendant previously entered a plea of **GUILTY to Count Six of the Indictment and agreed to the Forfeiture**.
(X) Government moved to dismiss Counts One through Five and Seven through Fifteen of the Indictment. Granted.
(X) Rule 11 Plea agreement.
(X) There being no objections the Court accepts the Presentence report as its own findings.
(X) Keith Sims for the Government gave a statement to the Court. During Mr. Sims statement, an audio recording was played. The Government provided a flash drive of the audio recording to the Court.
(X) Stacy Welch and Gizelle Kotschevar gave statements to the Court on behalf of the defendant.
(X) Court took a recess.
(X) Brook Chilson gave a statement to the Court.
(X) Counsel made sentencing recommendations to the Court.
(X) Defendant made remarks on her own behalf.
(X) Court granted 3rd level for acceptance of responsibility. Already provided for in the sentencing recommendation. Granted.

**Total Combined Offense Level 24    Criminal History Category I    Guideline Range of 51-63 months**

(X) Court addressed 3553(a) factors and finds there is grounds to sentence outside the guideline range as stated on the record.

**SENTENCE:**
Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court the defendant, **Trina Marie Welch**, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of **fifty-one (51) months**.

It is further ordered the defendant shall pay to the United States $100 special assessment which shall be due immediately.

The court finds the defendant does not have the ability to pay a fine. The court will waive the fine in this case.

It is further ordered that the defendant shall make restitution to the Clerk of the Court, 550 West Fort Street, Suite 400, Boise, Idaho 83724, for the total amount of $3,678,642.62. All interest shall be waived.

Kasco of Idaho, LLC          $2,678,642.62
The amount of restitution to Kasco shall be paid in full before payment is made to Alaska National Insurance

Alaska National Insurance     $1,000,000.00


All monetary penalties are due and payable immediately.

Having considered the defendant's financial resources, the Court orders payment under the following schedule unless modified by the Court:

While in custody, the defendant shall submit nominal payments of not less than $25 per quarter pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program.

During the term of supervised release, the defendant shall submit nominal monthly payments of 10% of gross income, but not less than $500.00 per month.

The foregoing does not preclude collection efforts under 18 U.S.C. § 3613.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **three (3) years**. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.

The defendant shall comply with all mandatory, standard, and special conditions of supervised release as outlined in the Sentencing Recommendation (Dkt. 77)

All exhibits from the previous hearing and the audio recording from today (which was not on the record) are placed in the clerk's vault in Coeur d'Alene, ID

(X) Defendant advised of penalties for violation of terms and conditions of supervised release.
(X) Right to appeal explained.
(X) Defendant will be credited with all time served in federal custody and recommended that he be placed at Dublin, CA.
(X) It is recommended that the defendant be placed in the RDAP program while incarcerated.
(X) Defendant remanded to the custody of the USM.