JACK A. MOSBY, ISB NO.10986
RAMSDEN, MARFICE, EALY & DE SMET, LLP
700 Northwest Boulevard
Coeur d'Alene, ID 83816-1336
Telephone: (208) 664-5818
Facsimile: (208) 664-5884
jmosby@rmedlaw.com

Attorneys for Victims Keith Sims and Kasco of Idaho, LLC

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>vs.<br><br>TRINA MARIE WELCH,<br><br>                Defendant. | Case No. 2:20-cr-00052-DCN<br><br>ABSTRACT OF JUDGMENT |

Pursuant to 18 U.S.C. § 3664(m)(1)(B), Keith Sims and Kasco of Idaho, LLC, the victims named in the Judgment in a Criminal Case issued in United States of America v. Trina Marie Welch, Case No. 0976 2:20-cr-00052-DCN, USM #05332-204, has requested that the Clerk of Court issue this Abstract of Judgment certifying that a judgment has been entered in favor of the United States of America in the amount specified in Judgment.

## NOTICE

Upon registering, recording, docketing, or indexing this Abstract of Judgment in accordance with the rules and requirements relating to judgments of the court of the State where the district court is located, this Abstract of Judgment shall be a lien on the property of

Trina Welch in such State in the same manner and to the same extent under the same conditions as a judgment of a court of general jurisdiction in that State.

Name and Address of Parties Against Whom Judgment Has Been Obtained

Trina Marie Welch
c/o Federal Bureau of Prisons
5701 8th St - Camp Parks
Dublin, Ca 94568

Names of Parties in Whose Favor Judgment Has Been Obtained

| | |
|---|---|
| Kasco of Idaho, LLC<br>Keith Sims | - $2,678,642.62 |
| Alaska National Insurance | - $1,000,000.00 |
| Total Amount of Judgment: | $3,678,642.62 |

Creditor's Kasco of Idaho LLC's Attorney: Jack A. Mosby, Ramsden, Marfice, Ealy & De Smet, LLP, PO Box 1336, Coeur d'Alene, ID 83816-1336.

When Docketed: 9/19/2022. and amended on 10/13/2022.

UNITED STATES OF AMERICA, CLERK'S OFFICE

U.S. DISTRICT COURT FOR THE DISTRICT OF IDAHO.

I CERTIFY that the foregoing is a correct Abstract of Judgment entered or registered by this Court.

Dated this 13th day of October, 2022.

By _____
Deputy Clerk U.S. Courts

Please return to: Jack A. Mosby, Ramsden, Marfice, Ealy & De Smet, LLP, PO Box 1336, Coeur d'Alene, ID 83816-1336.

ABSTRACT OF JUDGMENT - 2