JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
TRACI J. WHELAN, IDAHO STATE BAR NO. 4416
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
6450 N. MINERAL DRIVE SUITE 210
COEUR D'ALENE, ID 83815
TELEPHONE: (208) 667-6568
FACSIMILE: (208) 667-0814

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TRINA MARIE WELCH,<br><br>Defendant. | Case No. CR20-052-N-DCN<br><br>**GOVERNMENT'S RESPONSE RE PETITION TO UNSEAL EXHIBITS AND RECORDS FOR USE IN CIVIL CASE** |

The United States of America, by and through Joshua D. Hurwit, United States Attorney, and the undersigned Assistant United States Attorney for the District of Idaho, files this response to Keith Sims and Kasco of Idaho, LLC's Petition to Unseal Exhibits and Records for Use in Civil Case. (ECF 95.) The United States respectfully submits that it does not object to Kasco's request to unseal the exhibits and portion of the record as outlined in the motion.

DATED this 1st day of November, 2022.

                              JOSHUA D. HURWIT
                              UNITED STATES ATTORNEY
                              By:

                              *s/ Traci J. Whelan*
                              TRACI J. WHELAN
                              Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 01, 2022, the foregoing **GOVERNMENT'S RESPONSE** was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by:

| | |
|---|---|
| Amy Rubin<br>Amy_Rubin@fd.org<br><br>Steve Roberts<br>Steve_Roberts@fd.org | ECF |

*s/ Carin Crimp*
Legal Assistant

GOVERNMENT'S RESPONSE - 2