JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
**WILLIAM M. HUMPHRIES, IDAHO STATE BAR NO. 11709**
KEVIN T. MALONEY, IDAHO STATE BAR NO. 5095
TRACI J. WHELAN, IDAHO STATE BAR NO. 4416
ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF IDAHO
1290 W. MYRTLE STREET, SUITE 500
BOISE, IDAHO 83702
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>TRINA MARIE WELCH,<br><br>             Defendant<br><br>     and<br><br>DERRICK ARTHUN,<br><br>             Petitioner in the Ancillary<br>             Proceeding. | Case No. 2:20-CR-00052-DCN<br><br>**SUPPLEMENTAL CERTIFICATE OF SERVICE** |

I hereby certify that on February 27, 2023, a copy of the **MOTION TO DISMISS THIRD-PARTY PETITION OF DERRICK ARTHUN (SEALED ECF NO. 60) FOR FAILURE TO STATE A CLAIM** filed at ECF No. 101 was mailed via United States Mail, postage prepaid, and certified mail, to Derrick Arthun at ███████ Osburn, ID 83849.

Although on January 12, 2023, the government sent the motion to Mr. Arthun's email and to two physical addresses, as noted in the Certificate of Service at page 15 of ECF No. 101, this is the

**SUPPLEMENTAL CERTIFICATE OF SERVICE - 1**

first time the government sent a copy of the motion to the P.O. Box listed in Mr. Arthun's claim

filed at ECF No. 60.

DATED this 27th day of February, 2023.

JOSHUA D. HURWIT
UNITED STATES ATTORNEY
By:

*/s/ William M. Humphries*
WILLIAM M. HUMPHRIES
Assistant United States Attorney

**SUPPLEMENTAL CERTIFICATE OF SERVICE - 2**