JACK A. MOSBY, ISB NO.10986
RAMSDEN, MARFICE, EALY & DE SMET, LLP
700 Northwest Boulevard
Coeur d'Alene, ID 83816-1336
Telephone: (208) 664-5818
Facsimile: (208) 664-5884
jmosby@rmedlaw.com

*Attorney for Victims Keith Sims and Kasco of Idaho, LLC*

JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
**WILLIAM M. HUMPHRIES, IDAHO STATE BAR NO. 11709**
KEVIN T. MALONEY, IDAHO STATE BAR NO. 5095
TRACI J. WHELAN, IDAHO STATE BAR NO. 4416
ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF IDAHO
1290 W. MYRTLE STREET, SUITE 500
BOISE, IDAHO 83702
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

*Attorneys for United States Of America*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>TRINA MARIE WELCH,<br><br>        Defendant. | Case No. 2:20-cr-00052-DCN<br><br>STIPULATED MOTION TO DEPOSIT ANY SALE PROCEEDS INTENDED FOR NORMAN WELCH INTO SHOSHONE COUNTY DISTRICT COURT CASE NO. CV40-19-0372 |

The United States of America, Kasco of Idaho, LLC ("**Kasco**") and Keith Sims, pursuant to Rule 201 of the Federal Rules of Evidence, hereby request that this Court take judicial notice that the *Order Re: Plaintiffs' Motion To Amend The Preliminary Injunction* (hereinafter referred to as the "**Preliminary Injunction**") was entered in CV40-19-0372 on

February 17, 2023, in the Shoshone County, State of Idaho, District Court (a true and correct copy of which is attached hereto as **Exhibit A**), and that this Court take judicial notice of the fact that Case No. CV40-19-0372 is brought by Kasco and Keith Sims (as plaintiffs) against Trina Welch and Norman Welch, husband and wife (as defendants).

Norman Welch filed the "Notice of Claim of Assets Under Forfeiture," which includes a "CLAIM of ASSETS under FORFEITURE," filed on March 31, 2022 ("**Claim**"). (ECF No. 54). In his Claim, Norman Welch claims an interest in five parcels of real property, which were previously identified in the *Rule 11 Plea Agreement* (ECF 45) and the *Preliminary Order Of Forfeiture, Final as to Defendant* (ECF No. 52). Mr. Welch's Claim is the subject of the United States' *Motion To Dismiss Third-Party Petition And Claim Of Norman Welch (Sealed ECF No. 54) For Failure To State A Claim* filed in this case as ECF No. 106 (hereinafter the "**Motion to Dismiss**").

The Motion to Dismiss has a short section explaining that if the Court finds any community property interest of Norman Welch in the real properties, then such interest is subject to the criminal restitution ordered in this case. Therefore, regardless of whether the real properties at issue in the Claim are fully forfeitable or partially forfeitable (or not forfeitable at all), no funds shall be paid to Norman Welch because the criminal restitution must be satisfied by community property of Mr. or Mrs. Welch.

Notwithstanding, to be extraordinarily careful, the United States of America, Keith Sims and Kasco also move the Court to honor the Preliminary Injunction by ordering that <u>if for some unforeseen reason</u> any proceeds are directed to Norman Welch under the forfeiture proceedings in this case, and such funds are not directed to the Clerk of this Court for payment of restitution, which the parties assert is required under 18 U.S.C. § 3613, such proceeds be

redirected for deposit into the Idaho State District Court for the County of Shoshone, in Case No. CV40-19-0372.

Kasco and Keith Sims (its member), the victims in this case, brought their civil claims in CV40-19-0372 against Trina and Norman Welch for the conduct described in the *Rule 11 Plea Agreement* (ECF 45). Judge McHugh entered the Preliminary Injunction in CV40-19-0372, which orders *inter alia* as follows:

- A. that Norman Welch shall "refrain from spending, disposing or in any manner dispossessing himself or this Court of any funds or other proceeds he may receive as a result of the forfeiture sale proceedings in the "Criminal Case" brought in the United States District Court for the State of Idaho, in *United States v. Trina Welch*, Case No. 2:20-cr-00052-DCN." *Preliminary Injunction* ¶ 4.

- B. that "If the United States District Court for the State of Idaho determines that Norman Welch is to receive any funds or other proceeds as a result of any forfeiture sales resulting from, arising out of, or in connection with the Criminal Case, then Defendant Norman Welch is HEREBY ORDERED to promptly direct that any such funds are to be deposited with the Clerk of this Court pending the ultimate resolution of the litigation in this case." *Preliminary Injunction* ¶ 5.

- C. that Norman Welch shall promptly deposit with the Clerk of this Court for safeguarding pending the resolution of this case, any funds or other proceeds as a result of any such forfeiture sales or other proceedings in the Criminal Case." *Preliminary Injunction* ¶ 6.

This Court has not yet resolved the Motion to Dismiss or Norman Welch's Claim. If this Court denies the Motion to Dismiss and after resolution of the criminal forfeiture ancillary proceedings awards Norman Welch any monetary proceeds from the forfeiture sales of the real properties subject to this Claim, even after recognizing the criminal restitution lien on the funds pursuant to 18 U.S.C. § 3613, then this Court should order such proceeds be directed for deposit into the Shoshone County District Court for the State of Idaho in CV40-19-0372.

For these reasons, the United States and Kasco and Keith Sims respectfully request that this Court enter an order directing that all proceeds to be paid to Norman Welch (if any), resulting from his Claim (ECF 54), if not paid to criminal restitution, be deposited with the Idaho District Court for the County of Shoshone, in Case No. CV40-19-0372.

DATED this 8th day of May, 2023.

RAMSDEN, MARFICE, EALY & DE SMET, LLP

By /s/ *Jack A. Mosby*
Jack A. Mosby, Of the Firm
Attorneys for Victims
Keith Sims and Kasco of Idaho, LLC

DATED this 8th day of May, 2023.

JOSHUA D. HURWIT
UNITED STATES ATTORNEY

By:    /s/ *William Humphries*
WILLIAM M. HUMPHRIES
Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of May 2023, I served a true and correct copy of the foregoing by the method indicated below, and addressed to the following:

| | |
|---|---|
| William M. Humphries<br>Kevin T. Maloney<br>Traci Jo Whelan | CM/ECF and Email:<br>bill.humphries@usdoj.gov<br>kevin.Maloney@usdoj.gov<br>traci.Whelan@usdoj.gov |
| John S. Roberts, Jr.<br>Amy H. Rubin<br>Federal Defenders | CM/ECF and Email:<br>steve_roberts@fd.org<br>amy_rubin@fd.org<br>adrienne_daratha@fd.org |
| Magyar, Rauch, & Associates, PLLC<br>Attn: Gregory R. Rauch | CM/ECF and Email:<br>rauch@mralegal.com |

                                              /s/ *Jennifer Pratt*
                                              Jennifer Pratt

# **EXHIBIT A**

STIPULATED MOTION TO DEPOSIT ANY SALE PROCEEDS INTENDED FOR NORMAN WELCH INTO SHOSHONE COUNTY DISTRICT COURT CASE NO. CV40-19-0372 - 6

Case 2:20-cr-00052-DCN   Document 108   Filed 05/08/23   Page 6 of 10

# **EXHIBIT A**

STIPULATED MOTION TO DEPOSIT ANY SALE PROCEEDS INTENDED FOR NORMAN WELCH INTO SHOSHONE COUNTY DISTRICT COURT CASE NO. CV40-19-0372 - 6

RAMSDEN, MARFICE, EALY & DE SMET, LLP
700 Northwest Boulevard
P.O. Box 1336
Coeur d'Alene, ID 83816-1336
Telephone: (208) 664-5818
Facsimile: (208) 664-5884
Michael E. Ramsden, ISB #2368
mramsden@rmedlaw.com
Jack A. Mosby
jmosby@rmedlaw.com

*Attorneys for Plaintiffs*

Filed: 02/17/2023 14:03:55
First Judicial District, Shoshone County
Tamie J. Eberhard, Clerk of the Court
By: Deputy Clerk - Hammerberg, Debra

IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT OF

THE STATE OF IDAHO, IN AND FOR THE COUNTY OF SHOSHONE

| | |
|---|---|
| KASCO OF IDAHO, LLC, an Idaho limited liability company; and KEITH A. SIMS, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>TRINA M. WELCH and NORMAN WELCH, individuals and their marital community,<br><br>Defendants. | CASE NO. CV40-19-0372<br><br>**ORDER RE: PLAINTIFFS' MOTION TO AMEND THE PRELIMINARY INJUNCTION** |

This matter, having come before the Court on Plaintiffs' Motion to Amend the Preliminary Injunction and based on the record of this case, the submissions relative to the motion, and arguments of counsel, and for the reasons expressed on the record at the hearing held on February 16, 2023,

IT IS HEREBY ORDERED:

1. Plaintiffs' Motion to Amend the Preliminary Injunction is GRANTED;

//

ORDER RE: PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND MOTION TO AMEND COMPLAINT; AND DEFENDANTS' MOTION TO RELEASE LIS PENDENS - 1

2. This Court's preliminary injunction, set forth in this Court's *Order re Plaintiffs' Motion for Preliminary Injunction and to Amend the Complaint; and Defendants' Motion to Release Lis Pendens* (entered on December 6, 2019) is hereby AMENDED; and

3. Defendants Norman Welch and Trina Welch are HEREBY ORDERED to refrain from engaging in the disposal of any sums of money and from sale or transfer of any real property or personal property including without limitation, cars, trucks, motorcycles, dirt bikes, four-wheelers, three-wheelers, trailers, campers, off-road vehicles, recreational vehicles, golf carts, bicycles, tricycles, children's recreational equipment, television equipment, audio equipment, computers, computer equipment, electronic devices, and any other items of personal property, absent further order of the court; and

4. Defendant Norman Welch is HEREBY ORDERED to refrain from spending, disposing or in any manner dispossessing himself or this Court of any funds or other proceeds he may receive as a result of the forfeiture sale proceedings in the "Criminal Case" brought in the United States District Court for the State of Idaho, in *United States v. Trina Welch*, Case No. 2:20-cr-00052-DCN; and

5. If the United States District Court for the State of Idaho determines that Norman Welch is to receive any funds or other proceeds as a result of any forfeiture sales resulting from, arising out of, or in connection with the Criminal Case, then Defendant Norman Welch is HEREBY ORDERED to promptly direct that any such funds are to be deposited with the Clerk of this Court pending the ultimate resolution of the litigation in this case. The Clerk of this Court shall hold such funds or other proceeds in an interest bearing account; and

//

ORDER RE: PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND MOTION TO AMEND COMPLAINT; AND DEFENDANTS' MOTION TO RELEASE LIS PENDENS - 2

6.      Defendant Norman Welch is HEREBY ORDERED to promptly deposit with the Clerk of this Court for safeguarding pending the resolution of this case, any funds or other proceeds as a result of any such forfeiture sales or other proceedings in the Criminal Case. The Clerk of this Court shall hold such funds or other proceeds in an interest bearing account.

DATED  2/17/2023 12:05:54 PM  .

*Barry McHugh*
Honorable Barry McHugh
District Court Judge

ORDER RE: PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND MOTION TO AMEND COMPLAINT; AND DEFENDANTS' MOTION TO RELEASE LIS PENDENS - 3

## CERTIFICATE OF SERVICE

      I hereby certify that on _____, I served a true and correct copy of the foregoing by the method indicated below, and addressed to the following:

| | |
|---|---|
| Trina M. Welch<br>FCI – Federal Prison Satellite Camp<br>Trina Welch – 20301023<br>37930 N. 54th Avenue<br>Phoenix, AZ 8508 | __X__ US Mail<br>\_\_\_\_ Overnight Mail<br>\_\_\_\_ Hand Delivered<br>\_\_\_\_ Facsimile<br>\_\_\_\_ iCourt: |
| Norman Welch<br>PO Box 82<br>Saint Regis, MT 59866 | __X__ US Mail<br>\_\_\_\_ Overnight Mail<br>\_\_\_\_ Hand Delivered<br>\_\_\_\_ Facsimile<br>\_\_\_\_ iCourt: normantrina@yahoo.com |
| Jack A. Mosby<br>Michael E. Ramsden<br>Ramsden, Marfice, Ealy & De Smet, LLP<br>700 Northwest Boulevard<br>P.O. Box 1336<br>Coeur d'Alene, ID 83816-1336 | \_\_\_\_ US Mail<br>\_\_\_\_ Overnight Mail<br>\_\_\_\_ Hand Delivered<br>\_\_\_\_ Facsimile<br>__X_ iCourt: mramsden@rmedlaw.com<br>               jmosby@rmedlaw.com |

                                            TAMIE LEWIS-EBERHARD
                                            CLERK OF THE DISTRICT COURT

2/17/2023 02:04 PM

                                         By _____/s/ Delia Hammerberg_____
                                                       Deputy Clerk

ORDER RE: PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND MOTION TO AMEND COMPLAINT; AND DEFENDANTS' MOTION TO RELEASE LIS PENDENS - 4