JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
**WILLIAM M. HUMPHRIES, IDAHO STATE BAR NO. 11709**
KEVIN T. MALONEY, IDAHO STATE BAR NO. 5095
TRACI J. WHELAN, IDAHO STATE BAR NO. 4416
ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF IDAHO
1290 W. MYRTLE STREET, SUITE 500
BOISE, IDAHO 83702
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>TRINA MARIE WELCH,<br><br>  Defendant,<br><br>and<br><br>NORMAN WELCH,<br><br>  Petitioner in the Ancillary Proceeding. | Case No. 2:20-CR-00052-DCN<br><br>**MOTION TO STRIKE THIRD PARTY'S REPLY TO GOVERNMENT'S RESPONSE TO MOTION TO RECONSIDER** |

The United States moves the Court to strike Norman Welch's filing entitled *Third Party's Reply to Government's Response to Motion to Reco[n]sider* filed at ECF No. 119 ("Reply") because it was not timely filed pursuant to the U.S. District Court for the District of Idaho General Order No. 423 and pursuant to District of Idaho Local Civil Rule 7.1(b)(3), which is incorporated into criminal cases by District of Idaho Local Criminal Rule 1.1(f).

**MOTION TO STRIKE THIRD PARTY'S REPLY TO GOVERNMENT'S RESPONSE TO MOTION TO RECONSIDER - 1**

## BACKGROUND

On July 24, 2023, the Court issued its *Memorandum Decision and Order* with the Court's decision regarding the United States' Motions to Dismiss (filed at ECF Nos. 101 and 106). ECF No. 113. Twenty-eight days later, on August 21, 2023, Norman Welch filed his *Third Party's Motion to Reconsider*. ECF No. 115. Eleven days later, on September 1, 2023, the United States filed its *Response to Third Party's Motion to Reconsider* (referred to herein as the "Response"). ECF No. 117. Mr. Welch then filed his Reply on September 28, 2023, which was twenty-seven days after the Response was filed. ECF No. 119.

## DISCUSSION

Mr. Welch did not timely file the Reply. It was not filed within seven days from the date the Response was filed as required under Article II, Paragraph 4 of the Procedural Order included with General Order No. 423, issued by the Court. That provision provides as follows:

> All responsive memoranda to pretrial and post-trial motions must be filed on or before the fourteenth (14th) day following the filing of any motion. Any reply memoranda to motions must be filed on or before the seventh (7th) day following the filing of the response memoranda.

Gen. Order No. 423 at I.4 of Procedural Order. Instead, Mr. Welch filed it twenty days late.

In addition, under District of Idaho Local Rule 7.1(b)(3), incorporated into criminal cases by District of Idaho Local Rule 1.1(f), the Reply was late because it was not filed within fourteen days of the Response.

Based on the reasons above, the United States moves the Court to strike the Reply for being untimely.

Striking the Reply will have the effect of removing the Reply from the record, including the inaccurate description in the Reply of what the government stated in the Response. Mr. Welch claims that the United States "tells us that the properties were purchased with stolen

**MOTION TO STRIKE THIRD PARTY'S REPLY TO GOVERNMENT'S RESPONSE TO MOTION TO RECONSIDER - 2**

money, and then immediately states that at least one of the properties at issue was not purchased with stolen money." ECF No. 119 at 1-2. He calls it "double speak" and talking "out both sides if its mouth." ECF No. 119 at 1. However, reading the Response fully, this is not the case. The confusion seems to stem from Mr. Welch deleting a portion of the quoted excerpt and also deleting the end of the sentence in the portion of the Response he quotes. He replaces his deletions with ellipsis, thereby changing the meaning. Below is the portion included in the Reply:

> The United States agrees that … from the factual basis in the plea agreement and because Mr. Welch asserts in his claim interests arising after the fraud commenced, that the 519 E. Walnut and Montana properties were purchased wholly with criminal proceeds. While the United States believes that *funds not traceable to the offense of conviction were used to initially purchase the 519 E. Walnut property*, …" (emphasis added).

ECF No. 119 at 2.

However, below is the full portion from the Response with the words deleted by Mr. Welch underlined.

> The United States agrees that <u>the Court presumed, likely</u> from the factual basis in the plea agreement and because Mr. Welch asserts in his claim interests arising after the fraud commenced, that the 519 E. Walnut and Montana properties were purchased wholly with criminal proceeds. While the United States believes that funds not traceable to the offense of conviction were used to initially purchase the 519 E. Walnut property,[2] <u>the United States disagrees with Mr. Welch that any significant amount of non-traceable funds were used to purchase the Montana property</u>.

Response, ECF No. 117 at 5 (emphasis added).

## CONCLUSION

The Reply should be stricken from the record.

**MOTION TO STRIKE THIRD PARTY'S REPLY TO GOVERNMENT'S RESPONSE TO MOTION TO RECONSIDER - 3**

DATED this 11th day of October, 2023.

                        JOSHUA D. HURWIT
                        UNITED STATES ATTORNEY
                        By:

                        /s/_____
                        WILLIAM M. HUMPHRIES
                        Assistant United States Attorneys

**MOTION TO STRIKE THIRD PARTY'S REPLY TO GOVERNMENT'S RESPONSE TO MOTION TO RECONSIDER - 4**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 11, 2023, the foregoing **MOTION TO STRIKE THIRD PARTY'S REPLY TO GOVERNMENT'S RESPONSE TO MOTION TO RECONSIDER** was electronically filed with the Clerk of the Court using the CM/ECF system and was served on the following in the identified manner:

| | |
|---|---|
| Greg Rauch<br>Magyar, Rauch, & Associates, PLLC<br>326 E. 6 Street<br>Moscow, ID 83843<br>rauch@mralegal.com<br>*Attorney for Norman Welch* | ☐ United States Mail, postage prepaid<br>☐ fax<br>☒ ECF filing<br>☐ email |

                                            */s/ Christina Willoughby*
                                            Christina Willoughby
                                            FSA Paralegal