Magyar, Rauch, & Associates, PLLC
326 E. 6th St.
Moscow, Idaho 83843
Tel: (208) 882-1906
Fax: (208) 882-4540
eMail: rauch@mralegal.com
Gregory R. Rauch, ISB# 7389

Attorney for Shad Michael Norlander

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> TRINA M. WELCH <br><br> Defendant, <br><br> and <br><br> NORMAN WELCH, <br><br> Third Party Petitioner | Case No.: 2:20-CR-00052-DCN <br><br> **THIRD PARTY'S** <br><br> **NOTICE OF APPEAL** |

TO:   RAFAEL M. GONZALEZ Jr, UNITED STATES ATTORNEY
      TRACI JO WHELAN, ASSISTANT UNITED STATES ATTORNEY

NOTICE IS HEREBY GIVEN that NORMAN WELCH., third-party petitioner in the above-named case, appeals to the U.S. Court of Appeals for the Ninth Circuit, the Court's memorandum decision and order entered on October 25, 2023.

DATED this 3rd Day of November 2023.

/s/Gregory R. Rauch
By: Gregory R. Rauch
Attorney for the Defendant

NOTICE OF APPEAL - 1

CERTIFICATE OF SERVICE

I hereby certify that on this 3rd Day of October 2023, I electronically filed with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorney Traci Jo Whelan.

MAGYAR, RAUCH & ASSOCIATES, PLLC

s/ Angie Holt
Legal Assistant