

Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

# TIME SCHEDULE ORDER

Docket Number: 23-3309
Originating Case Number: 2:20-cr-00052-DCN

Case Title: United States of America v. Welch, et al.

**Wednesday, November 8, 2023**
Norman Welch — Mediation Questionnaire due

**Friday, November 17, 2023**
Norman Welch — Appeal Transcript Order Due

**Monday, December 18, 2023**
Norman Welch — Appeal Transcript Due

**Friday, January 26, 2024**
Norman Welch — Appeal Opening Brief Due

**Monday, February 26, 2024**
United States of America — Appeal Answering Brief Due
Trina M. Welch — Appeal Answering Brief Due

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.2. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**