Magyar, Rauch, & Associates, PLLC
326 E. 6th St.
Moscow, Idaho 83843
Tel: (208) 882-1906
Fax: (208) 882-4540
eMail: rauch@mralegal.com
Gregory R. Rauch, ISB# 7389

*Attorney for Norman C. Welch*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br><br>TRINA M. WELCH<br><br>           Defendant | Case No.: 2:20-CR-00052-DCN<br><br>MOTION FOR APPOINTMENT OF<br><br>APPELLATE COUNSEL |

Comes Now, Third-Party Claimant / Appellant Norman Welch, by and through his attorney of record, Gregry R. Rauch of Magyar Rauch & Associates PLLC., and hereby moves the Court for appointment of appellate counsel.

During the pendency of the Government's case against Trina Welch, Norman Welch's wife, the Court found good cause to appoint counsel for Norman due to the fact that his interests were at stake, both those of property and liberty. See attached as Exhibit "1".

MOTION TO APPOINT - 1

Norman has appealed the Court's decision regarding the forfeiture of his interests in property and as such, pursuant to Chapter 2 § 220.25 Continuity of Representation of the US Courts' Criminal Justice Act Guidelines, appointment of counsel for Mr. Welch on his appeal is proper.

DATED this 17th Day of November 2023.

/s/Gregory R. Rauch
By: Gregory R. Rauch
Attorney for Norman C. Welch

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 17th, 2023, the foregoing Motion to Appoint was electronically filed with the Clerk of the Court using CM/ECF system, and that a copy was served on the following parties or counsel by:

| | |
|---|---|
| TRACI WHELAND<br>Traci.Whelan@usdoj.gov | via Email |
| KEVIN T. MALONEY, AUSA,<br>1290 W. Myrtle Street, Suite 500,<br>Boise, ID 83702. | via US Mail |

s/ Angie Holt
Legal Assistant

MOTION TO APPOINT - 2

# Exhibit 1



# Federal Defenders of Eastern Washington and Idaho

10 N Post Street Suite 700  Spokane, Washington 99201   P: 509.624.7606   F: 509.747.3539

*Executive Director*
Andrea K. George

*Chief Deputy*
*Branch Manager/Yakima*
Alex "Ben" Hernandez

*Managing Attorney/Spokane*
Amy H. Rubin

*Senior Litigator/Spokane*
John "Jay" B. McEntire

*Chief Appellate*
*Attorney/Spokane*
Colin Prince

*Chief Investigator*
Gabriel "Gabe" Caballero

**APPROVED**
By Candy Dale at 4:44 pm, Sep 20, 2021

(Emailed to FD by KLW)

September 20, 2021

Honorable Candy W. Dale
Chief Magistrate Judge
United States District Court
District of Idaho
550 W. Fort Street
Boise, ID 83724

**sent via email:   cwd_orders@id.uscourts.gov**

Re:  Appointment of Counsel for Norman Welch

Dear Judge Dale:

We were contacted by Norman Welch, the husband of our current client Trina Welch. Ms. Welch is facing civil asset forfeiture proceedings in *United States v. 413 E. 9th Ave.*, Post Falls Idaho, et al., 2:19-cv-456-REP and charged criminally by indictment with 15 counts of wire fraud in *United States v. Trina Marie Welch*, 2:20-cr-0052-DCN. The United States has advised defense counsel that Norman Welch also faces criminal exposure. Currently, Ms. Welch has elected to go trial and the government has advised that it is contemplating charging Mr. Welch either before or after the trial with additional charges (money laundering and possibly tax evasion). Additionally, counsel has been advised by the government that they expect to subpoena Mr. Welch to testify at Mrs. Welch's trial.

Mr. Welch is asking that CJA counsel be appointed in this matter as he feels that his rights need to be protected at this stage of the investigation. I would note he would likely be entitled to counsel on not only the pending criminal case, but also through the civil asset proceedings under 18 U.S.C. §§ 983(b)(2)(A) or possibly (b)(1)(A).

Enclosed please find the financial affidavit to be submitted in connection with this case. We are assuming in this case and pursuant to Local Rule 5.5(d) that this letter requesting our appointment and the accompanying affidavit is confidential and will be sealed.  Under the circumstances we do not feel that he has sufficient assets to retain private counsel.

It is clear to us that Mr. Welch will be well served by the appointment of counsel so that his appointed counsel can become involved in the case and provide and representation to him. We would ask that we be appointed in this case to assist him at this important juncture.

\* \* \*

*Branch Office*
306 East Chestnut Avenue
Yakima, Washington 98901
P: 509.248.8920
F: 509.248.9118

As always thank you for your kind attention and consideration.

Cordially,

/s/ *J. Stephen Roberts, Jr.*

J. Stephen Roberts, Jr., Trial Attorney
Federal Defenders of Eastern Washington and Idaho

JR:rs
Enclosure: Financial Affidavit