CRIMINAL NO.: 2:20-cr-0052-DCN; CIVIL NO.: 2:23-CV-00415-DCN
Page | 74

Trina Marie Welch
20301-023
Federal Prison Camp-Phoenix
37930 N. 45th Avenue
Phoenix, Arizona 85086
    Pro-Se

UNITED STATES DISTRICT OF COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>VS.<br><br>TRINA MARIE WELCH,<br>    Defendant. (Pro-Se | CRIMINAL NO.: 2:20-CR-00052-DCN<br>CIVIL NO.:    2:23-CV-00415-DCN<br><br><br>BRIEF RESPONSE TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR STAY UNTIL THE RULINGS ON THE 2255 HAS BEEN DETERMINED AND RECONSIDERATION OF JUDGEMENT ON FORFEITURE, MONEY JUDGEMENT, AND RESTITUTION WITH NEW MOTION |

    The Honorable Judge comes the Petitioner Trina Welch, submits this brief in support of her **MOTION TO BRIEF RESPONSE TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR STAY UNTIL THE RULINGS ON THE 2255 HAS BEEN DETERMINED AND RECONSIDERATION OF JUDGEMENT ON FORFEITURE, MONEY JUDGEMENT, AND RESTITUTION WITH NEW MOTION,** that was mailed on 10/13/2023 and received at FCI-Federal Prison Satellite Camp on 10/19/2023. Defendant does not have a law degree, I ask the Honorable Court to observe the holding in Haines v. Kerner, 404 U.S. 519 (1972).

    In Haines v. Kerner, the Supreme Court held that when a person is proceeding Pro-Se, the court should interpret their pleadings and motions more generously than those drafted by lawyers. The decision in Haines v. Kerner emphasized the importance of ensuring access to justice for individuals who represent themselves in court.

    With that in mind, I believe that the following and previous submitted MOTIONS/MEMORANDUMS grounds do warrant a STAY, and I am asking The Court to honor this STAY, as the Government states that some of the damage has already took place out of Defendant's control as well as Innocent Owners

MOTION TO DISMISS OR AMEND JUDGEMENT, PLEA, AND INDICTMENT REGARDING RESTITUTION, FORFEITURE, AND MONEY JUDGEMENT, COUNTERCLAIM MOTION AGAINST KEITH SIMS, KASCO OF IDAHO, LLC, AND ENTITIES, MEMORANDUM TO SUPPORT MOTION TO DISMISS OR AMEND JUDGEMENT AND INDICTMENT REGARDING RESTITUTION, FORFEITURE, AND MONEY JUDGEMENT, BRIEF RESPONSE TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR STAY UNTIL THE RULINGS ON THE 2255 HAS BEEN DETERMINED AND RECONSIDERATION OF JUDGEMENT ON FORFEITURE, MONEY JUDGEMENT, AND RESTITUTION WITH NEW MOTION

that are involved. I am asking the honorable court subject of a pending administrative forfeiture proceeding, unless the seizing agency agrees to suspend administrative forfeiture or MLARS approves the decision to return the property if fraud and misconduct is determined and additional harm could have been prevented. In negotiations the seizing agency must be consulted during settlement negotiations and Trina Welch would like to see all correspondences with these as there were emails dating prior to the sale and could have prevented some of the harm currently being taken as well as additional money that the property could have been sold for.

The Government is trying to state there are no Grounds for a stay of this case. The Government is also stating that nothing in the Motion provides grounds for reconsidering the Restitution and Forfeiture orders in this case. Instructions for filing a complaint by a prisoner under the civil rights act, 42 U.S. section 1983. I would once again, like to remind the Government that I am not an attorney and have been doing my best to submit proper forms with the court since I have been taken into custody and have learned some of the submitting with the mistakes I made filing in the Civil Case. Defendant is trying her best to submit any correct forms with the court to tell the TRUTH and how my constitutional rights were taken without the TRUTH being presented, by ineffective counsel, as I was misled and would have never signed that Plea. If there was Fraud in a case and not factual information I feel like the Government should be acting on that, before they attack that nothing in the judgement should be corrected and reconsidered. I thought the Government realizes that no one is above the Law and should care if someone is paying for and incarcerated for the Truth not being what it is and turning a blind eye to it because they choose to believe what they want and not what the Truth is as the Victim's statements that he has made since he fired Trina each and every one of them contradict all the words and his stories, as well as Agent Gunnerson taking the stand stating every check has been examined by the Government that Keith Sims gave them and again this is a lie, fraud on the court, and Perjury and is harm to the Defendant. If the Defendant did this kind of harm by lying to the Government and having Perjury on the stand, I would be charged and called out for it, as well as my credibility and character being attacked. The Government's entire case against Trina Welch, is off Keith Sims accusations and one person's testimony of Agent Gunnerson. The Defendant's attorneys never tried to suppress the interview between Keith Sims, Trina Welch, and Glenda Hook. Keith Sims tricked Trina Welch to come to the office to blind side her and put her in a room, and was ganged up on, by both Keith Sims and Glenda Hook. Trina Welch was under Duress the day I entered the work place and to be slammed with questions and to be fired, with the confusion why Keith was doing this. I did have wrong doings and was trying to state them in this interview but was scared of Keith Sims. The Government and Keith Sims may roam at large in innocent people's lives turn a blind-eye to the "TRUTH: as it did in this case is an issue of first impression in this court. This case concern the meaning of statutes.

The government state Federal Rule Appellate Procedure 8; It states a stay can be an order suspending, modifying or granting an injunction while an appeal is pending. The Government is stating that the Forfeiture is based off of a probable cause that the assets were traceable to a specified unlawful activity, namely Keith Sims the victim in this case, leading investigators to believe that 343 checks were fraudulent. Trina Welch is not sure what was presented to the Grand Jury to receive an indictment as this was a crime between 2 people and false information was given from the beginning. Keith Sims filed a civil suit, and Trina Welch was happy that the government became involved as my faith in the system was strong and they will uncover the "TRUTH", and Trina Welch was scared of Keith Sims, as she knows

MOTION TO DISMISS OR AMEND JUDGEMENT, PLEA, AND INDICTMENT REGARDING RESTITUTION, FORFEITURE, AND MONEY JUDGEMENT, COUNTERCLAIM MOTION AGAINST KEITH SIMS, KASCO OF IDAHO, LLC, AND ENTITIES, MEMORANDUM TO SUPPORT MOTION TO DISMISS OR AMEND JUDGEMENT AND INDICTMENT REGARDING RESTITUTION, FORFEITURE, AND MONEY JUDGEMENT, BRIEF RESPONSE TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR STAY UNTIL THE RULINGS ON THE 2255 HAS BEEN DETERMINED AND RECONSIDERATION OF JUDGEMENT ON FORFEITURE, MONEY JUDGEMENT, AND RESTITUTION WITH NEW MOTION

what Keith Sims is capable of. But instead, the Investigators and Government helped Keith Sims make a case as the Government gets to control the narrative and turn a blind eye to the "TRUTH and are okay with ruing people's lives as they see fit. This kind of behavior should not be used to be able to dehumanize someone. We are all human and some make more mistakes than others and we defiantly need to be held to our punishment and accountability but the constitutional rights and amendments that I once believed in feel ripped away. My trust in the Government as what I thought before and what I know now, is really sad, and many involved should be ashamed of themselves, including me and my wrong doings, and I was and own my part in this case and my wrong doings, and have acknowledged this from the very beginning.

It is very Relevant to talk with my prior attorneys, see correspondences, and look over all that Defendant has submitted as well as evidence, talk with witnesses in the case that are not being paid by Keith, and exhibits that are in Defendant's possession. As, I never wanted to sign the Plea and the only reason I did was being told that I was only pleading Guilty to Count 6 of $48,000.00 and the rest will be challenged at Evidentiary Trial. Defendant realizes that the Government made statements in the Plea and I never agreed to these statements and my attorney's told me to ignore them and they will be challenged. I am one person, (no attorney for Defendant) going against the Government, Keith, and his attorneys. Not only has this been stressful in the last few months I had to say goodbye to my mom through a video visit as she passed away the next day on 8/31/2023. I mentally am and have been under duress since 2019, with absolutely no relief and doing my best to deal with it, there are many days I just want to surrender, but what I witness in here is horrible and I realize that the Government should care about the TRUTH and people's lives matter, as we acknowledge the Victims life matters, especially when there is Misconduct and Fraud involved. The Government states that defendant did not appeal, with that being said, Trina Welch would like the Honorable Court and Government to understand that I'm showing you the fraud and misconduct that happened, as well as filing my 2255 Motion of Ineffective of Counsel, and when I was taken from court and transported by the Marshals I was locked in quarantine and did not have access to make phone call for 20+ days. With all this being said this case does require a STAY to investigate the FRAUD, MISCONDUCT, and Ineffective counsel to prove that there was "good cause", and no deliberate harm by Trina Welch as I have had no attorneys helping me with all the legal stuff that I have been dealing with in civil case and criminal case all being locked up, transferred multiple times, and COVID lockdowns. We recently still have COVID going on at FCI PHEONIX SATELLITE CAMP with multiple testing positive and lockdowns with no access to phones or computers.

There was Ineffective Counsel throughout my cases and even after being taken from court. My attorneys knew that the amounts were not right and that they messed up with the way the Plea was stated and the intentions that they made me believe. After Court, the attorneys never told me that we needed to appeal in a certain time frame nor did they go out of their way to make sure that this was done as they know I would have wanted this. After being taken from the Court room, I was taken by the Marshals and transported to Seattle, Washington, where I was quarantined for 14 days and did not get to call home for 20+ days. The pain to be taken and not get to talk to no one for 20+ days and be stuck in a cell by yourself was an experience of a broken heart that no one in this court would ever understand. With that being said, how is one to know that in this kind of situation that I needed to do this with the court and when I did talk to my attorney, I told them about getting served more papers from Keith civilly and told them I want to challenge the restitution, and it just got ignored. I than again got transferred to

MOTION TO DISMISS OR AMEND JUDGEMENT, PLEA, AND INDICTMENT REGARDING RESTITUTION, FORFEITURE, AND MONEY JUDGEMENT, COUNTERCLAIM MOTION AGAINST KEITH SIMS, KASCO OF IDAHO, LLC, AND ENTITIES, MEMORANDUM TO SUPPORT MOTION TO DISMISS OR AMEND JUDGEMENT AND INDICTMENT REGARDING RESTITUTION, FORFEITURE, AND MONEY JUDGEMENT, BRIEF RESPONSE TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR STAY UNTIL THE RULINGS ON THE 2255 HAS BEEN DETERMINED AND RECONSIDERATION OF JUDGEMENT ON FORFEITURE, MONEY JUDGEMENT, AND RESTITUTION WITH NEW MOTION

Pahrump, Nevada was stuck there for a bit and then transferred again to Phoenix Satellite Camp where I have been working on court stuff every day since, and have reached out to my attorneys through email and phone to tell them I need stuff and they knew what I was fighting and challenging.

The reason why the Instant Motion for Stay should not be denied are set forth below:

1. The Government states that RULE 38(e) (1) provides that if the defendant appeals the district court, or the court. This Rule is about Frivolous Appeal- with Damages and Costs. I'm confused if what the Government is trying to state... that I am causing a Frivolous Appeal, and if this is TRUE these are the accusations that are Harmful themselves as there is nothing Frivolous being filed that is not the "TRUTH" and asking the Honorable Judge and Court to Investigate the "TRUTH" and the misconduct and the harm by the False Statements. If I took the stand and lied, I would have been charged with Perjury, and turning a blind eye when it is presented to them and causing for someone to have to pay for and be in prison when they are stating the TRUTH as I didn't get to tell my "TRUTH" as the Government was going to say I was going against the PLEA, which is crazy to me as you think the court would want to know the "TRUTH".

2. I know the Government states that I admitted to the forfeiture allegations in the Indictment and the Plea, and admits to obtaining fraudulent proceeds of at least $3,674,338.86.

Facts: Trina Welch challenges the statement of admitting to the forfeiture allegations, as I never agreed to this and was promised by my attorneys that everything would be challenged at an evidentiary hearing, and because of the misconduct, Trina Welch rights were taken from her. The crime of the Government obtaining title to another property by false pretenses needs to be recognized. To prevent disclosure and failure to disclose is a violation of duty to disclose, especially third-party who have interest and rights. To prevent or hinder recognition and Keith Sims making the Government believe that I had stolen $3,674,338.86 to buy properties, Keith Sims gave money with his signature on certified check from the bank and check to Norman Welch, this is not stolen money.

   a) The Government states in the Plea that they agree that the amount is at least 1.5 million dollars, to make a statement like this shows that they have belief that the whole "TRUTH" is not being told.
   b) The Government mentions RULE 38(e)(1) Frivolous Appeal~ Damages and Costs stating, if a court of appeals determines that an appeal is frivolous, it may, after a separately filed Motion or notice from the court and reasonable opportunities, to respond, award just damages and single or double costs to the appellee. If the appeal is frivolous without requiring a showing that the appeal resulted in delay. Damages are awarded by the Court in its discretion in the case of a frivolous appeal as a matter of justice, with that being said there is a new Motion to be joined with the Motion of the 2255 as well as a counterclaim filed, to show evidence of the Government, and investigators turning a blind-eye to the "TRUTH" as well as facts and evidence going against the claims the Government fabricated with Keith Sims and caused the FBI agent, Bryant Gunnerson, to lie under oath and was misled by Keith sims with false information given to him to cause him to lie. See response from Trina Welch to Government's expedited and honorable court making rulings with

MOTION TO DISMISS OR AMEND JUDGEMENT, PLEA, AND INDICTMENT REGARDING RESTITUTION, FORFEITURE, AND MONEY JUDGEMENT, COUNTERCLAIM MOTION AGAINST KEITH SIMS, KASCO OF IDAHO, LLC, AND ENTITIES, MEMORANDUM TO SUPPORT MOTION TO DISMISS OR AMEND JUDGEMENT AND INDICTMENT REGARDING RESTITUTION, FORFEITURE, AND MONEY JUDGEMENT, BRIEF RESPONSE TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR STAY UNTIL THE RULINGS ON THE 2255 HAS BEEN DETERMINED AND RECONSIDERATION OF JUDGEMENT ON FORFEITURE, MONEY JUDGEMENT, AND RESTITUTION WITH NEW MOTION

    attachment A showing just one example of the contradictions with the fraud on the court and the misconduct involved.

c) The Brady Material should be acknowledges as the Government and the Honorable Court is getting evidence from Trina Welch to prove that this case brought forward an Indictment and Judgement that is not the "TRUTH". The prosecution was aware of some of the facts as Trina Welch had a proffer with the Government and some of the information given is favorable to Trina Welch's case and to the issue of guilt or to punishment the Government turned a blind-eye and allowed the many wrong doings of the facts in this case to be what Keith Sims and the Government wanted it to be. There were FBI interviews with Lorinda Sims, Jay Nicholson, and others, that agent Gunnerson did not tell all in his reports with these interviews.

d) Amendment of RULE 17(a), to avoid forfeitures of just claims, revised RULE 17(a) would provide that no action shall be dismissed on the ground that it be allowed for correction of the defect in the manner stated. 1991 Amendment RULE 15(c)(1) whatever may be controlling body of limitations law, if the law affords a more forgiving principle of relationship back than the one provided in this rule, should be available to save a claim. RULE 38(e) which provides that the court may stay an order of forfeiture pending appeal.

e) Keith Sims should be held accountable for the harm and false information that he has caused, not only to the Government, the Honorable Court, and Trina Welch, as well as innocent owners. This is a crime between 2 people and I have taken my accountability in my wrong doings from day one and have owned up to them, and truly do apologize for that, with that being said that does not give anyone the right to be above the LAW and disregard the "TRUTH", when it causes intentional harm and is malicious in nature, as well as vindictive. The burden of demonstrating the amount of loss sustained by a victim as a result of the offense shall be on the attorney for the Government. The Government went off the information that Keith Sims gave investigators and the false information Keith Sims gave caused harm to not only the Government, innocent parties, but to Trina Welch as I was charged with more than what the "TRUTH" is.

f) "Courts allow restitution on grounds of mistake only when both parties err as to some fact material to the transactions. A party can recover for a unilateral mistake only in an unconscionable contract, or if the mistake was apparent…The underlying equitable principle of unjust enrichment defines these black-letter rules."

g) In September, 2023, Trina Welch filed her Motion 2255 on the grounds of Ineffective Counsel which Trina Welch is now joining the Motions, Memorandums to direct attack the Restitution, Forfeiture, and Money Judgement. The assets and the parties involved are violating the equal protection clause and Trina Welch is requesting the Honorable Court to investigate the "TRUTH" in this matter as it should have been done from the beginning.

h) Motion 2255- **Ineffective Assistance of Counsel**, a fundamental miscarriage of justify and factual innocence on (a) wire fraud (b) the restitution amount (c) Forfeiture amount (d) and object to Money Judgement
**Improper Forfeiture procedure and order (Attachment A)** (a) failing to object and even allow any of this in the Plea and making movant to believe that it's okay and all will be challenged at evidentiary hearing and that did not happen. (b) Also, attorneys failed before

MOTION TO DISMISS OR AMEND JUDGEMENT, PLEA, AND INDICTMENT REGARDING RESTITUTION, FORFEITURE, AND MONEY JUDGEMENT, COUNTERCLAIM MOTION AGAINST KEITH SIMS, KASCO OF IDAHO, LLC, AND ENTITIES, MEMORANDUM TO SUPPORT MOTION TO DISMISS OR AMEND JUDGEMENT AND INDICTMENT REGARDING RESTITUTION, FORFEITURE, AND MONEY JUDGEMENT, BRIEF RESPONSE TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR STAY UNTIL THE RULINGS ON THE 2255 HAS BEEN DETERMINED AND RECONSIDERATION OF JUDGEMENT ON FORFEITURE, MONEY JUDGEMENT, AND RESTITUTION WITH NEW MOTION

the Plea to file a claim challenging administrative forfeiture and the forfeiture amount. (c) failing to file any appeal and letting movant know as this apparently is an injustice and should have been done. (d) due process violation and threat to Movant and her family. (e) giving movant with incorrect advice and threats to plead guilty. (f) failing to argue the estimated loss amount using the governments benefits rule in U.S.S.G. Statute 2B1.1 (g) failing to investigate evidence .

i)  2255 of Title 28 allows a district Court to vacate, set aside, or correct a federal sentence that was imposed in violation of the Constitution or Laws of the United States or subject to collateral attack, statute 2255(b) (judgement vulnerable to collateral attack.) If this is found the court shall vacate and set the judgement aside and shall discharge the prisoner or grant a new trial or correct the sentence and the judgement so that it appears appropriate.
j)  Statute 2255 (d), an appeal may be taken to the court of appeals from the order entered on the motion as from the final judgement on application for a writ of Habeas Corpus.
k)  Statute 2255(f) (4) the date on which the facts supporting the claims or claims presented could have been discovered through the exercise of due diligence.
l)  1996-Act, October 19, 1996 inserted, "except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declatory decree was violated or declatory relief was unavailable.

In conclusion, if I need to file something different to acknowledge the Judgement, Indictment, Forfeiture, Money Judgement as it needs to be dismissed and amended and deserves to be, I'm asking for the Honorable Court to tell me or the Government as I am not an attorney and am not trying to be, just fighting and advocating for the "TRUTH". I am filing a Motion and Counterclaim to go with the Motion 2255 filed. The stay of forfeiture is warranted, because defendant, Trina Welch raised substantial question and grounds that would result in reversal or new trial order if she prevailed on appeal; maintaining the status quo keeps the assets equally available and unencumbered whether for forfeiture of for return to Defendant, Trina Welch pending the outcome of the Motion 2255, The Motion that is now being submitted to change the Judgement of the Forfeiture, Restitution, and Money Judgement as there are grounds for Fraud on the Court. United States v. Silver, 203 F. Supp. 3d 370 (S.D.N.Y. 2016) Cir. R. 27 Motions (f) Motion to expedite, a party may move to expedite the appeal, but it must show good cause to expedite. (Oral Arguments) See Attachment A as this alone contradicts the Governments accusations and narrative. Mootness is used and where is the emergency request for a stay pending and preventing imminent mootness. The honorable court granted relief and set aside the default was due to "excusable neglect." Schram v. O'Connor, Mich, 1941, 5 Fed. Rules Serv. 6b31, case 1, 2 F.R.D. 192, S.C. 5 Fed Rules Serv. 6b.31. Case 2, 2 F.R.D. 192 60 Trina Welch , is showing the honorable court through the 2255 Motion, Motion to Amend/Dismiss judgement, restitution, forfeiture, money judgement, and exhibits that ex parte relief is showing that Keith Sims and the Government are causing irreparably harm and the Motions submitted deserve to be heard and acknowledged according to procedures and Trina Welch is not creating any intentional fault, mootness, and as a result the Government and Keith Sims are causing neglect. In expedited Motion, Trina Welch and others did not get adequate time to respond to stay or expedited Motion the honorable court made a ruling on. There was no opportunity to respond, the facts were and are alleged and sufficient to prove irreversible harm. See Attachment A. Trina Welch, does understand the honorable court in making the decision that

MOTION TO DISMISS OR AMEND JUDGEMENT, PLEA, AND INDICTMENT REGARDING RESTITUTION, FORFEITURE, AND MONEY JUDGEMENT, COUNTERCLAIM MOTION AGAINST KEITH SIMS, KASCO OF IDAHO, LLC, AND ENTITIES, MEMORANDUM TO SUPPORT MOTION TO DISMISS OR AMEND JUDGEMENT AND INDICTMENT REGARDING RESTITUTION, FORFEITURE, AND MONEY JUDGEMENT,  BRIEF RESPONSE TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR STAY UNTIL THE RULINGS ON THE 2255 HAS BEEN DETERMINED AND RECONSIDERATION OF JUDGEMENT ON FORFEITURE, MONEY JUDGEMENT, AND RESTITUTION WITH NEW MOTION

CRIMINAL NO.: 2:20-cr-0052-DCN; CIVIL NO.: 2:23-CV-00415-DCN
Page | 80

requires an expedited response, but again it was made one sided and only seeing the Government's side by the expedited motion, you can see by Attachment A there are proven contradictions.

## **CERTIFICATE AND PERSONAL OATH**

I hereby certify that the above statements in this **BRIEF RESPONSE TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR STAY UNTIL THE RULINGS ON THE 2255 HAS BEEN DETERMNED AND RECONSIDERATION OF JUDGEMENT ON FORFEITURE, MONEY JUDGEMENT, AND RESTITUTION WITH NEW MOTION** contained herein are true and correct to the best of my knowledge, information, and belief.

Respectfully submitted this 7th day of November, 2023.

_____
TRINA WELCH- PRO-SE

MOTION TO DISMISS OR AMEND JUDGEMENT, PLEA, AND INDICTMENT REGARDING RESTITUTION, FORFEITURE, AND MONEY JUDGEMENT, COUNTERCLAIM MOTION AGAINST KEITH SIMS, KASCO OF IDAHO, LLC, AND ENTITIES, MEMORANDUM TO SUPPORT MOTION TO DISMISS OR AMEND JUDGEMENT AND INDICTMENT REGARDING RESTITUTION, FORFEITURE, AND MONEY JUDGEMENT, BRIEF RESPONSE TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR STAY UNTIL THE RULINGS ON THE 2255 HAS BEEN DETERMINED AND RECONSIDERATION OF JUDGEMENT ON FORFEITURE, MONEY JUDGEMENT, AND RESTITUTION WITH NEW MOTION

CRIMINAL NO.: 2:20-cr-0052-DCN; CIVIL NO.: 2:23-CV-00415-DCN
Page | 81

## **CERTIFICATE AND PERSONAL OATH**

I hereby certify that the above documents and statements contained herein are true and correct to the best of my knowledge, information, and belief. That are submitted to all parties in the Certificate of Service and to the Honorable Court.

Respectfully submitted this 7th day of November, 2023.

_____
TRINA WELCH- PRO-SE

MOTION TO DISMISS OR AMEND JUDGEMENT, PLEA, AND INDICTMENT REGARDING RESTITUTION, FORFEITURE, AND MONEY JUDGEMENT, COUNTERCLAIM MOTION AGAINST KEITH SIMS, KASCO OF IDAHO, LLC, AND ENTITIES, MEMORANDUM TO SUPPORT MOTION TO DISMISS OR AMEND JUDGEMENT AND INDICTMENT REGARDING RESTITUTION, FORFEITURE, AND MONEY JUDGEMENT, BRIEF RESPONSE TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR STAY UNTIL THE RULINGS ON THE 2255 HAS BEEN DETERMINED AND RECONSIDERATION OF JUDGEMENT ON FORFEITURE, MONEY JUDGEMENT, AND RESTITUTION WITH NEW MOTION

# CERTIFICATE OF SERVICE

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion was placed in the prison mailing system on November 7, 2023 and mailed to the following:

Executed (signed) on ___11/8/2023___ (date).

_____
Signature of Movant

JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY                                BY: CERTIFIED MAIL
WILLIAM M. HUMPHRIES, IDAHO STATE BAR NO. 11709
KEVIN T. MALONEY, IDAHO STATE BAR NO. 5095
TRACI J. WHELAN, IDAHO STATE BAR NO. 4416
ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF IDAHO
1290 W. MYRTLE STREET, SUITE 500
BOISE, IDAHO 83702
TELEPHONE: (208)334-1211
FACSIMILE: (208)334-1413

NORMAN WELCH
PO BOX 82                                             BY: CERTIFIED MAIL
SAINT REGIS, MT 59866

GREGORY R. RAUCH                                      BY: CERTIFIED MAIL
PO BOX 8074
104 NORTH MAIN STREET
MOSCOW, IDAHO 83843

MOTION TO DISMISS OR AMEND JUDGEMENT, PLEA, AND INDICTMENT REGARDING RESTITUTION, FORFEITURE, AND MONEY JUDGEMENT, COUNTERCLAIM MOTION AGAINST KEITH SIMS, KASCO OF IDAHO, LLC, AND ENTITIES, MEMORANDUM TO SUPPORT MOTION TO DISMISS OR AMEND JUDGEMENT AND INDICTMENT REGARDING RESTITUTION, FORFEITURE, AND MONEY JUDGEMENT, BRIEF RESPONSE TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR STAY UNTIL THE RULINGS ON THE 2255 HAS BEEN DETERMINED AND RECONSIDERATION OF JUDGEMENT ON FORFEITURE, MONEY JUDGEMENT, AND RESTITUTION WITH NEW MOTION