JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
WILLIAM M. HUMPHRIES, IDAHO STATE BAR NO. 11709
KEVIN T. MALONEY, IDAHO STATE BAR NO. 5095
TRACI J. WHELAN, IDAHO STATE BAR NO. 4416
ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF IDAHO
1290 W. MYRTLE STREET, SUITE 500
BOISE, IDAHO 83702
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-1413

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TRINA MARIE WELCH,<br><br>Defendant. | Case No. 2:20-CR-00052-DCN<br><br>**GOVERNMENT'S MOTION FOR A 90 DAY OR MORE EXTENSION TO ADDRESS RECENT FILINGS BY TRINA WELCH AT ECF NOS. 131 AND 132** |

Defendant Trina Welch recently filed the *Motion to Dismiss or Amend Judgement, Plea Indictment Regarding Restitution, Forfeiture, and Money Judgement; Also, Counterclaim Motion Against Keith Sims, Kasco of Idaho, and Entities*, filed at ECF Nos. 131, and the supporting memorandum filed at ECF No. 131-1, and a counterclaim motion at ECF No. 131-2, in addition to a voluminous set of pages of documents filed as attachments to ECF No. 131.  She also filed a *Brief Response to Government's Response to Defendant's Motion for Stay Until the Rulings on the 2255 Has Been Determined and Reconsideration of Judgement on Forfeiture, Money Judgement and Restitution with New Motion* at ECF No. 132.  The United States moves the

**GOVERNMENT'S MOTION FOR A 90 DAY OR MORE EXTENSION TO ADDRESS RECENT FILINGS BY TRINA WELCH AT ECF NOS. 131 AND 132 - 1**

Court for an extension of 90 days or more (i.e., March 5, 2024, or thereafter) to figure out if and how to respond to the filings. And, if a response is appropriate, the time will be used to draft such a response. At this point the United States is not sure what the filings are asserting or how to appropriately respond. For an example of why there are challenges to figure out the appropriate venue to respond, Defendant states that "This Motion can be joined with the 2255 Motion, which was mailed on 9/15/2023, as the facts are being presented with the ineffective counsel that was received and the misconduct and fraudulent accusations." ECF No. 131 at 1-2. The Government needs time to review the filings and materials, to figure out if addressing the arguments is more appropriate in the 2255 case or the instant criminal docket, and whether and what type of response is appropriate.

Therefore, the United States requests an extension of 90 days or more, so a deadline of March 5, 2024, or thereafter, to file a response or responses to the filings.

DATED this 6th day of December, 2023.

JOSHUA D. HURWIT
UNITED STATES ATTORNEY
By:

/s/ *William M. Humphries*
WILLIAM M. HUMPHRIES
Assistant United States Attorney