UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRINA M. WELCH,<br><br>Defendant. | Case No. 2:20-cr-00052-DCN<br><br>**ORDER APPOINTING COUNSEL FOR LIMITED REPRESENTATION (NORMAN WELCH)** |

On November 17, 2023, Third-Party Claimant, Norman Welch, filed a Motion for Appointment of Appellate Counsel. Dkt. 130. In his Motion, Mr. Welch requests that counsel be appointed. The Court issued an Order (Dkt. 135) asking Mr. Welch to submit an updated Financial Affidavit.  After reviewing the file and the Financial Affidavit (Dkt. 136) submitted, the Court finds good cause to appoint counsel in a limited capacity.

Accordingly, IT IS ORDERED that Mr. Welch's Motion (Dkt. 130) is **GRANTED.** Gregory Rauch is appointed as CJA counsel to represent Mr. Welch in a limited capacity. That is, he is to provide counsel only for the appeal of the denial of Mr. Welch's third-party claim of assets.

DATED: February 13, 2024

David C. Nye
Chief U.S. District Court Judge

ORDER APPOINTING COUNSEL - 1