|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | FEB 28 2024 |
|  | MOLLY C. DWYER, CLERK |
|  | U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 23-3309 |
| Plaintiffs - Appellees, | D.C. No. 2:20-cr-00052-DCN District of Idaho, Boise |
| v. | |
| TRINA M. WELCH, | ORDER |
| Defendant - Appellee, | |
| NORMAN WELCH, | |
| Claimant - Appellant. | |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The motion to proceed in forma pauperis (Docket Entry Nos. 7 & 9) is granted.

The opening brief and excerpts of record are due April 1, 2024. The answering brief is due May 1, 2024. The optional reply brief is due within 21 days after service of the answering brief.