Trina Marie Welch
20301-023
Federal Prison Camp-Phoenix
37930 N. 45th Avenue
Phoenix. Arizona 85086
     Pro-Se

U.S. COURTS

MAR 0 1 2024

Rcvd____Filed____Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

UNITED STATES OF AMERICA,
    Plaintiff,


VS.


TRINA WELCH,
    Defendant Pro-Se.

CRIMINAL NO.; 2:20-cr-00052-DCN
CIVIL NO.:    2:23-cv-00415-DCN


TO BRING AWARENESS TO THE HONORABLE
COURT AND A CLAIM TO DISMISS THE
LOWER COURTS JUDGEMENT

    To the Honorable Court comes the Plaintiff, Trina Welch, submits this awareness **TO LET THE HONORABLE COURT AWARE OF WHAT IS GOING ON AND DEFENDANT DOESN'T KNOW WHAT TO DO AND A CLAIM TO DISMISS THE JUDGEMENT IN A LOWER COURT.** Defendant does not have a law degree, I ask the Honorable Court to observe the holding in Haines v. Kerner, 404 U.S. 519 (1972).

    Where a plaintiff proceeds pro se, the Court must liberally construe the brief. Bernhardt v. Los Angeles County, 339 F. 3d 920, 925 (9th Cir. 2003) ("Courts have a duty to construe pro se pleadings liberally including pro se motions as well as complaints.") In fact, the Supreme Court has held that "a pro se complaint, however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers." Estelle v. Gamble, 429 U.S. 97, 106, 97 S. Ct. 285, 50 L. Ed. 2d 251 (1976) (internal quotation marks and citations omitted).

    With that in mind, Trina Welch would like to bring awareness to the Honorable Courts of the recent harm and vindictiveness being taken by Keith Sims and others that Keith Sims has involved that allowed this to happen. Trina Welch would like to ask the higher court to drop the lower court's judgement as it mimic's the exact same judgement that was awarded in the federal court, causing intentional vindictive, and on-going harm with multiple courts over the same claims and judgement already being taken care of in the Federal Court and is currently being challenged and could change the outcome, it is confusing that two courts are involved on the same judgement and now Keith Sims involved a third court. No one

AMENDED REPLY BRIEF TO THE ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION

is above the law and Keith Sims should be charged with crossing state line and stealing every piece of property of innocent owners and third part properties and giving false statements to investigators, Honorable Courts, and people of Color of Law. 42 U.S.C. § 1983, put in the Color of Law section Rights have been violated by County and Local Officials. Trina Welch alleges that many involved acted under The Color Of Law and behaved and authorized illegally as the seizure that took place and deprived Trina Welch and innocent others of a constitutional right. I believe this behavior by Keith Sims shows proof of the deliberate and affirmative act caused the unconstitutional deprivation. There was a violation of life, liberty, and property and has caused irreparable harm. There should be a temporary restraining order on Keith Sims until this is over and settled completely. Keith Sims was being vindictive and causing deliberate and additional intentional harm and causing confusion by all involved and irreparable harm has now been done. To stop this there should only be one judgement in one court. Keith Sims crossed state line from Idaho to Montana brought guys and trucks to the personal and primary property of Norman Welch and Trina Welch at 26 Two Rivers Road, Saint Regis, Montana on 2/21/2024, 2/22/2024, 2/23/2024 as an illegal seizure took place and stole all personal property at primary residence outside and entered inside the house and took everything inside, took the only vehicle innocent owner had to go back and forth to work, computer and printer that are being used legally as pro se cases are happening and hold the legal evidence needed that will be needed for court and communication purposes on going cases and are now in the hands of the person that is involved in the case, this is damage causing for zoom meetings and court hearings, took 3rd party property, as well as furniture, appliances in the house, and there is no way for food to be stored and any way to cook it, took washer and dryer and many more items. Norman Welch called the Sheriff's office to make a police report of items being stolen and the Sheriff told Norman Welch that there is a warrant to enter the primary residence and take all personal items and it is good for 120 days and can get renewed up to a year to enter the properties and keep taking all personal property at any time and has left the children of the Welch's desolate and Norman Welch without any daily living stuff, beds to sleep on, etc. Keith Sims crossed state borders from Idaho to Montana and stole the property from Trina Welch's and others from the primary residence in Montana. This is breaking Constitutional and Amendment rights. This shows cause for jurisdiction and proof of the primary residence in Montana and the vindictive harm that Keith Sims is causing. Trina Welch's spouse has nothing to drive to work and took all his daily living furnishings including, every bed in the house, every TV. Everything from barstools to couches there is absolutely nothing in house to live with, kitchenware from the kitchen. Trina Welch is absolutely confused of the legal aspect of this, and need this to be submitted for jurisdiction reason and the ongoing harm, when this judgment is being honored and taken care of in a different jurisdiction and court. The harm that Keith Sims is causing as there is currently an appeal on judgements, payments made from sale of properties held in an account by the court until judgement is decided and also monthly payments being made, that means Keith Sims illegally obtained more fraudulent activity and crossed jurisdiction to steal all personal items of Trina Welch's and others as this matter is being currently handled in a different court. Keith Sims was in a moving truck at the property of Trina Welch and watched as people were taking everything from the property, from basketball hoops to unplugging hot tub every single item at the property was taken inside and outside the house, garages, shop and this is interfering with a conclusion on the federal court and a federal court judgement that is currently being honored and being cooperated with and being challenged

No papers were served to no one stating that anyone was coming to take personal property and a chance to file anything with the court by innocent owners, third party, and Trina Welch. There was no

appearance or answer to present any defense and many Rules were broken as innocent owners and third parties had rights to appear and answer and be served that their personal property was to be taken, as well as Trina Welch had a right to be notified as I have nothing to my name upon my release...no clothes to wear, no shoes, etc., as Norman Welch was told they are going to take. Computers were taken that have personal legal information that is needed for the appeals in the court that are currently taking place and are stored on files that should not be disclosed by  Keith Sims and others as this case is ongoing (this is tampering) and Trina Welch has no attorney and Trina Welch is pro-se, and to take legal information  that will be needed should be illegal, for the ongoing cases of Norman Welch's appeal, Trina Welch's Motion of 2255 and the suit against Keith Sims, our computer was taken that stored the information that we need to fight our cases.

Defendant is confused how this can happen as there was a lack of jurisdiction, insufficient service of process, and failure to state a claim that anyone got see why and how Keith Sims can enter the personal primary residence of the Welch's and take every single personal item that was owned by innocent owners and third party...everything was taken that Welch's own. 3.2 Notice is required with a Writ; The Montana Supreme Court in Dorwart v. Caraway, 1998 MT 191, 290 Mont. 196, 966 P. 2d 1121 (1998) declared Montana's Writ of Execution Statutes unconstitutional, because they did not provide the means for a judgement debtor to contest the levying of a writ and to assert his right to exemption.  The Court in Dorwart required that a notice be given to judgement debtors and that a procedure be put in place whereby they can assert their rights to exemptions. Montana Law and frankly, common sense provide that legal process should not render debtors destitute. {2015 U.S. Dist. LEXIS 21} is great public interest in holding parties property illegally. Fed. R. Evid. 404(b) for a clear abuse of discretion the bad acts of evidence.  The civil court case and judgement should have happened only if the criminal proceeding didn't happen.  Keith Sims did this and added additional unnecessary attorney fees and cause additional and intentional harm on a judgement that Trina Welch already has in the Federal Court and added a new additional attorney fees of somewhere around $24,000.00, and this should not have happened as it was a same judgement as federal and causing more harm to Trina Welch and others Keith Sims tried to treble the amount for racketeering against Trina Welch and this got denied, try to hold Trina Welch in Contempt and this was dropped, tried to get a Writ of Garnishment and Joinder and both got denied.  The outcome ended to be the same judgement as federal and Trina Welch has to pay additional attorney fees that should not have happened and out of Trina Welch's control and this is a malicious and frivolous filing on Keith Sims part, and Trina Welch was stopped to still be able to defend herself for the "TRUTH" in this matter due to the outcome of the criminal case and was unfair and unjust. Trina Welch is confused how this is legal to have this judgement when the same judgement is in a different court, and now causing additional harm and damage is taking place in a different court while challenging the federal judgement and the multiple Judges and Courts is causing a mess and confusion. Trina Welch will not even have any clothing when released as all shoes and clothing were taken. This is theft by Keith Sims and this is his typical behavior to cause vindictive harm. There are monthly payment being made towards judgement of $50.00 a month while incarcerated, and money in an account by the court for certain properties already sold, and challenging judgement through federal court as there was fraud and now he can go steal all of Welch's items including the kids of the Welch's property. The Welch's are suffering irreparable harm and a temporary restraining order should be ordered on Keith Sims and him have to return all personal property. There is an irreparable injury as this is taking innocent owners personal belongings and leaving Norman Welch completely homeless, depending on what happens in the resolutions of the courts. A Writ of Garnishment and Joinder was denied on

6/14/2023, CV-40-23-97, yet this got to happen in a different court overruling another court and disregarding the federal court. How many courts do we need to fight in regarding the exact same claims. There is a Homestead on the primary residence in Montana.   There should be a charge under 42 U.S.C. Statute 1983 for violation of Trina Welch's and Innocent Owners; Fourth Amendment and Fourteenth Amendment Rights, for conversion, for unjust enrichment, and fraud on the court with current appeals in Federal Court regarding the same claims and judgements. There is also monthly payment being made and properties being sold, this seizure should not have taken place when judgment is being challenged and payments are currently being made.

   "Good Cause" exists in the appeals in Federal Court and to Amend/Dismiss Judgement and the Federal Jurisdiction is where this is happening and should override the lower courts on the same exact claims and judgement. This shows that a frivolous Judgement was awarded to Keith Sims in a lower court that was done after Trina Welch was sentenced and have spent every day of incarceration fighting civil court and federal court stuff all pro se.  Eighth Amendment to the United States Constitution and claims be added to the current civil case of ongoing punitive damages by Keith Sims.  Defendant alleges that the probable cause is violating an unreasonable seizure, right against cruel and unusual mental punishment with vindictive irreparable harm to Trina Welch and innocent parties that personally are without the daily living necessities.  The rights of due process were not protected by many involved under both constitutions.  Trina Welch alleges Keith Sims and others violated her rights as well as innocent owners, and third parties of privacy and individual dignity as protected under the Montana Constitution.  There were processes and policies that needed to be followed and these caused violations in the above-referenced rights, and that such policy, practice, or custom was deliberately indifferent to her rights and constituted the moving force behind the violation of her rights.  Trina Welch alleges that Keith Sims and others are liable for negligence and gross negligence as stated in the appeals and motions currently in the courts for offenses of perjury, false swearing, and tampering with or fabricating evidence. Keith Sims stealing the computer that carries the information of the current legal cases is harm, as Trina Welch is Pro-Se, and this is someone coming in and stealing an attorney's computer to do the work that needs to be done.  How is this legal and for this to be in the possession and hands of the person that is involved in the cases filed and tampering with material that is needed for the cases in the courts.  Contempt Authority and Criminal contempt as Keith Sims is interfering with Federal Courts and Jurisdictions and causing another court to interfere that can cause additional irreparable harm, which already took place.  Keith Sims should be charged with criminal Contempt.

   A restraining order, regarding Keith Sims filing frivolous stuff in the courts as this is being handled in the Federal Court and that is the Jurisdiction of it and Keith Sims should be ordered to return all property stolen and be charged, There was never a levy, writ of execution, nor warrant of execution ever served on Norman Welch at the primary residence nor Trina Welch received or served anything in the prison mailing system in regards of a seizure.  Temporary restraining order, asking for one as the ongoing suffer of "immediate and irreparable injury, loss, and damage." And if the court doesn't help. Trina Welch will be released soon and there is court cases going on and Trina Welch is scared of Keith Sims and the intentional harm and interferences as the Prosecutors and Courts are aware the Trina Welch and many innocent others dealt with the entire time; during pre-trial , sentencing, and still continues. Keith Sims has been told to stop, but is disregarding the law. This should be misconduct on the court for ordering, sheriff's office for not serving, and Keith Sims for crossing state line and stealing property that is valued over $250,000.00. Keith Sims did not levy or initiate court proceeding to enter

Welch's personal property, Keith Sims did not file a notice of seizure and did not properly initiate a collection action.  A service of notice of levy; "because intangible property is not susceptible of physical seizure, posting, or tagging, levy upon it is effected by serving the appropriate form upon the party holding the property or rights to property.") United States v. Donahue Indus, Inc 905 F. 2d. 1325, 1329-30 (9th Cir. 1990)("In the case of intangible property, a levy is made for all purpose-including satisfaction of the Statute of limitations set forth in 26 U.S.C. § 6502(a)(i)- by serving a notice of levy pursuant to [the applicable regulations]." There was no sheriff or court that served a legal levy or notice on property owners. Mont. Code Ann. § 25-13-201 provides that judgements may be enforced by writ of execution, Montana law further provides that a judgement debtor's personal property is liable to execution and may be attached on execution, in like manner as upon writs of attachment. Mont. Code Ann. §25-13-501. **Critically, however, personal property is not effected by the execution until a levy has occurred.** Under the Montana law the precise method of taking personal property depends on the status of the property at issue. Administrative rules in Montana do not alter the law, they simply implement and interpret it, completing absent but necessary details, and resolving unexpected problems. Person and property "in the custody of the law" of a state are withdrawn from the process of the courts of the United states (unless Congress has otherwise specifically enacted), and in like manner persons and property in the custody of the law of the United states are not subject to any state process. There is a conflict of Jurisdiction.

Trina Welch is asking the Federal District Court to "overturn an injurious state court judgement." Exxon Mobil Corp. Saudi Basic Indus. Corp, 544 U.S. 280, 291-92 125 S. Ct. 1517, 161 L. Ed 2d 454; Brown v. Duringer L. Grp. PLC; September 2023. Federal Rule of Civil Procedure 69(a) (i) provides a Federal Statute govern to the extent. A Writ of Garnishment and a Writ of Joinder for Norman Welch was denied and this was taken place in a different Jurisdiction and a different court.  With that being said a Writ of Execution should of never happened and should be quashed, and Innocent Owners, Third Party Claims, Homestead Rights on primary property and a procedure take place, and personal property returned as soon as possible as this is and a compensation to entering the Welch's primary residence taking legal computer that is needed for cases and all personal items without legally being served and properly answered through any court, the inconvenience and mess that was left to clean up.  There should be damages awarded for the harm this has caused.  Keith Sims entered Norman and Trina Welch's personal property illegally, seizing innocent owner personal property as well as 3rd party property.  The Foreign Judgement filed should be dismissed for lack of subject matter Jurisdiction as it is already involved in a different Jurisdiction and court with the false information given that a debt to one party to another and commanding the court officer to take property is satisfaction of the debt.  The debt is being handled in a different Jurisdiction and court, Keith Sims is being vindictive, causing more fraud on the court and intentional harm that is irreparable.  Levy causes stiffer penalties if filed illegally and you have to have a levy to enforce a Writ of Execution (this is the last resort).

A Tort Claim needs to be filed of the private and civil wrong doings causing injury and intentional harm for which the court provides a remedy through an action for damages.  The unlawful violation of a legal right caused by the Mineral County Sherriff's office not serving proper notice and the ongoing vindictive harm caused by Keith Sims.

There are appeals on the cases and also a Writ of Garnishment and Joinder were denied in a different court and jurisdiction and honored in a different jurisdiction and Montana court overruling a different court decision. See the case information below:

- 2:20-cr-00052-DCN
- 2:23-cv-00415-DCN
- CV-40-19-0372
- Court of Appeals Docket #23-2309
- Writ of Garnishment and Joinder denied on 6/14/2023, CV-40-23-97 filed in the DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF SHOSHONE
- DV-31-2024-0000004-FJ2/2024- Keith Sims filed a Foreign Judgement on the Primary residence in Montana of the Welch's. Trina Welch received a NOTICE OF FILING FORIGN JUDGEMENT received in the prison mail on 2/12/2024..see Attached Papers as there is nothing that states taking property and I do not even know what a Foreign Judgement means and how this can be filed when the Welch's are dealing with forfeiture stuff through the Federal Court. To enforce a foreign Judgement; to forfeit property involved in a traceable to the commission of such offense. The proper steps were not taken in accordance with the principles of due process to give notice of the proceedings to a person with an interest to the property. (Norman Welch received nothing and the attached paper that Trina Welch received states nothing about taking all personal property and just received on the 12th of February and being incarcerated they gave no time to respond or figure out what this Foreign Judgement means as Keith Sims entered the Welch's primary residence and property illegally and stole everything of the Welch's personal daily living needs and the only vehicle Norman Welch had to drive back and forth to work. From the time Trina Welch received the attached  Foreign notice on 2/12/2024 and Keith Sims entering the Welch's property on 2/21/2024, 2/22/2024, and 2/23/2024 there is only a 9 days difference. Norman Welch came home from work and everything was missing including a trailer full off our son's college stuff that was in the trailer. Rule 71.1 states that a notice of service needs to be served. Keith Sims and his attorneys know Norman's mailing address and house address and there is no reason that a notice of service could not have been given and was not properly done to notify innocent parties. A notice should have been served and at least 21 days to respond to the notice. There are due process rights that were not followed.

The harm that this is causing and the confusion of it all is vindictive harm by Keith Sims and Keith Sims should be charged with stealing property illegally and with intentional harm that has caused duress on Trina Welch and innocent others.. As how does Keith Sims need the daily living needs and get to do it without properly being served. That someone needs and to be blindsided by it. I am asking the Federal Court in investigate and file all necessary federal charges as Keith Sims crossed state lines and stole personal property, innocent owner, 3rd party property and entered property illegally without any papers being served. Don and Gizelle Kotschevar and personal items that were taken illegally and once again the harm that this causes them is not right as Glenda Hook and Keith Sims involved them on July 3, 2019 or sooner than that and falsely accused them and involved their property which got removed from the forfeiture but the removal from the government of the reasoning was falsely given to the judge as they stated that the Kotchevar's purchased the property from the Welch's which is completely false. Don and Gizelle Kotschevar purchased this property with their own funds and with Norman and Trina Welch. Keith Sims gave Trina Welch  $40,000.00 to purchase the Montana property, this is not stolen funds which Keith sims is claiming as this was legitimate money given and with his knowledge and Keith Sims getting a certified check from the bank and can be proven as evidence and is being ignored. This is again

fraudulent information given on the court. Statute 6343 is the authority to release levy and return property (1) if the secretary determines that property has been wrongfully levied upon; (3) property may be returned at any time.  This was not a proceeding in rem, nor like the case; In those cases the custody of the thing or of the prisoner lies at the very foundation of the jurisdiction in the suit and, therefore, to take from his custody, by process from a state court, the thing or the prisoner, would be to deprive the United States Court of its jurisdiction, and to draw in question the validity of the authority exercised under the United States. Motion in the District Court ordinarily move first and for relief a stay of the judgement of order of district court pending an appeal; approval of a supersedes bond; an order suspending, modifying, restoring, or granting an injunction while an appeal is pending. (Stay or injunction pending appeal) Relief of a judgement for fraud and misconduct by Keith sims, fraud on the court by Keith Sims, and relief granted under last category under extraordinary circumstances as this case has already been decided and currently being appealed in the Federal court and causing irreversible harm and Keith Sims and this being vindictive with intentional harm.

Trina Welch has a right to relief and is asking the Federal Honorable Court to Dismiss the same claim and Judgement in a lower court, that is causing other courts from jurisdiction to be involved.  When the Federal Court Judgement is the same claim and is doing the same action and is now causing confusion as the jurisdictions are doing different things towards the same cause.  Keith Sims has tried to involve innocent owner, Norman Welch in the civil case against Trina Welch by getting a Writ of Joinder and Writ of Garnishment, which both were denied.  Now, Keith Sims, is not satisfied with the court's decision and is involving another jurisdiction and causing additional vindictive harm against innocent others, while Trina Welch is incarcerated challenging the Sentence and Judgement as I know discovery and depositions will reveal evidence and the "TRUE" character of Keith Sims and fraud on the court will be exposed. To survive a Motion to Dismiss in a lower court judgement, a complaint need only set forth a short and plain statement of the claim showing the pleader is entitled to relief, and it " does not need detailed factual allegations[.]" Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 127S. Ct. 1955, 1964, 167 L. Ed. 2d 929 (2007).  A plaintiff must however, set forth "more than labels and conclusions, and a formulaic recitation of the elements of a cause of action will not do [.]" Id. at 1965.  Allegations must indicate the pleaders right to relief and is asking the Federal Honorable Court to dismiss the same judgement in the lower court.   Fed. R. Evid. (404)(b) provides: "Evidence of other crimes, wrongs, or acts is not admissible to prove character of a person in order to show action in conformity therewith. It may, however, be admissible for other purposes, such as proof of motive, opportunity, intent, preparation, plan, knowledge, identity, or absence of mistake or accident."

8

## CERTIFICATE AND PERSONAL OATH

I hereby certify that the above statements contained herein are true and correct to the best of my knowledge, information, and belief.

Respectfully submitted this 24rd day of February, 2024.

TRINA WELCH- PRO-SE

AMENDED REPLY BRIEF TO THE ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION

# <u>CERTIFICATE OF SERVICE</u>

I DECLARE (OR CERTIFY, VERIFY, OR STATE) UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS Amended response was placed in the prison mailing system on February 23, 2024 and mailed to the following:

Executed (signed) on February 24, 2024

Signature of Movant

HONORABLE JASON MARKS
200 WEST BROADWAY                                   Mailed in Prison Mailing System
MISSOULA, MONTANA 59802

HONORABLE JUDGE NYE
550 W. FORT STREET, SUITE 400                    Mailed in Prison Mailing System
BOISE, IDAHO 83724

HONORABLE B. LYNN WINMILL
550 W. FORT STREET, SUITE 400                    Mailed in Prison Mailing System
BOISE, IDAHO 83724

HONORABLE BARRY HUGHES
DISTRICT COURT KOOTENAI COUNTY              Mailed in Prison Mailing System
324 WEST GARDEN AVENUE
PO BOX 9000
COEUR D' ALENE, IDAHO 83816

HONORABLE RAYMOND EDWARD PATRICCO
DISTRICT COURT KOOTENAI COUNTY              Mailed in Prison Mailing System
324 WEST GARDEN AVENUE
PO BOX 9000
COEUR D' ALENE, IDAHO 83816

AMENDED REPLY BRIEF TO THE ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION

FILED
01/31/2024
Jaime Talbot
CLERK
Mineral County District Court
STATE OF MONTANA
By: Keanan Taylor
DV-31-2024-0000004-FJ
Marks, Jason
3.00

Alyssa L. Campbell, Esq.
MILODRAGOVICH, DALE
    & STEINBRENNER, P.C.
620 High Park Way
P.O. Box 4947
Missoula, MT 59806-4947
Telephone: (406) 728-1455
Telefax: (406) 549-7077
acampbell@bigskylawyers.com



-- Attorneys for Petitioner

## MONTANA FOURTH JUDICIAL DISTRICT COURT
## MINERAL COUNTY

| | |
|---|---|
| KASCO OF IDAHO, L.L.C., an Idaho limited liability company, <br><br> Petitioner, <br><br> v. <br><br> TRINA MARIE WELCH, <br><br> Respondent. | Cause No. DV-31-2024-0000004-FJ <br> Hon. Jason Marks <br><br> **NOTICE OF FILING FOREIGN JUDGMENT** |

      Pusuant to Mont. Code Ann. § 25-9-504(2), Notice is hereby given that Petitioner KASCO of Idaho, L.L.C., an Idaho limited liabilty company, who is represented by local counsl Alyssa L. Campbell of Milodragovich, Dale & Steinbrenner, PC, has filed an Entry of Foreign Judgment in the Montana Fourth Judicial District Court, Mineral County (Ex. 1).

**NOTICE OF FILING FOREIGN JUDGMENT**                         **PAGE 1**

A copy of this Notice of Filing Foreign Judgment will be mailed via Certified Mail, return receipt requested, to the following:

1.    Last known address of Respondent:

       *Return Receipt No. 7020 1810 0000 8594 5738*

       FCI – Federal Prison Satellite Camp
       ATTN: ATTORNEY DOCUMENTS
       Trina Welch – 20301023
       37930 N. 54th Avenue
       Phoenix, AZ 85086

2.    Respondent's last known Criminal Counsel:

       *Return Receipt No. 7020 1810 0000 8594 5806*

       Amy H. Rubin, Esq.
       Steve Roberts, Esq.
       Federal Defenders of Eastern Washington and Idaho
       601 W. Riverside Avenue, Suite 900
       Spokane, WA 99201

DATED this 31st day of January, 2024.

                      MILODRAGOVICH, DALE &
                      STEINBRENNER, P.C.

                      Attorneys for Petitioner

                      By
                      Alyssa L. Campbell

c:    Mineral County Attorney

FILED
01/16/2024
Jaime Talbot
CLERK
Mineral County District Court
STATE OF MONTANA
By: Jaime Talbot
DV-31-2024-0000004-FJ
Marks, Jason
1.00

Alyssa L. Campbell, Esq.
MILODRAGOVICH, DALE
          & STEINBRENNER, P.C.
620 High Park Way
P.O. Box 4947
Missoula, MT 59806-4947
Telephone: (406) 728-1455
Telefax: (406) 549-7077
acampbell@bigskylawyers.com

-- Attorneys for Petitioner

## MONTANA FOURTH JUDICIAL DISTRICT COURT
## MINERAL COUNTY

| | |
|---|---|
| KASCO OF IDAHO, L.L.C., an Idaho limited liability company, | Cause No. |
| Petitioner, | |
| v. | **ENTRY OF FOREIGN JUDGMENT** |
| TRINA MARIE WELCH, | |
| Respondent. | |

COMES NOW Petitioner, Kasco of Idaho, LLC ("Petitioner"), by and through undersigned counsel of record, and submit this Entry of Foreign Judgment in accordance with Mont. R. Civ. P. 44(a)(1) to prove an official record for the purposes of domesticating a foreign judgment. Petitioner hereby files this Entry of Foreign Judgment and intends to enforce the Judgment in Montana in accordance

**ENTRY OF FOREIGN JUDGMENT**



EXHIBIT
1

PAGE 1

with Montana's Uniform Enforcement of Foreign Judgments Act (Mont. Code Ann. Title 25, Chapter 9, Part 5) and 18 U.S.C. § 3364(m).

1.    Petitioner was, at all relevant times, an Idaho limited liability company registered to do business in the State of Idaho.

2.    Upon information and belief, Respondent Trina Marie Welch ("Respondent") owns real and personal property in Mineral County, Montana.

3.    The claims which give rise to this action occurred in Shoshone County and Kootenai County, Idaho.

4.    Venue and jurisdiction are proper in this honorable Court pursuant to Montana's Uniform Enforcement of Foreign Judgments Act.

5.    Petitioner was awarded a civil judgment against Respondent pursuant to an Amended Judgment on October 10, 2023, in the District Court of the First Judicial District of the State of Idaho.

6.    Petitioner submits to the Court the attached certified copy of the Amended Judgment (Ex. A) signed by Clerk of Court of the First Judicial District of the State of Idaho.

7.    These filings are true and authenticated copies of the Amended Judgment necessary to domesticate a foreign judgment under the Uniform Enforcement of Foreign Judgments Act.  The certificates are made by the clerk of

**ENTRY OF FOREIGN JUDGMENT**                                    **PAGE 2**

court of record of the district or political subdivision in which the records are kept,

and authenticated by the seal of the court pursuant to Mont. R. Civ. P. 44(a)(1)(B).

8.   Petitioner further submits to the Court the attached Affidavit of

Petitioner's Montana attorney, Alyssa L. Campbell (Ex. B), in consideration of this

petition.

WHEREFORE Petitioner prays the attached certified records are accepted

and entered into the record for the purposes of domestication and enforcement.

DATED this 16th day of January, 2024.

> MILODRAGOVICH, DALE &
> STEINBRENNER, P.C.
>
> Attorneys for Plaintiff
>
> By _____
>      Alyssa L. Campbell

**ENTRY OF FOREIGN JUDGMENT**                                    **PAGE 3**

RAMSDEN, MARFICE, EALY & DE SMET, LLP
700 Northwest Boulevard
P.O. Box 1336
Coeur d'Alene, ID 83816-1336
Telephone: (208) 664-5818
Facsimile: (208) 664-5884
Michael E. Ramsden, ISB #2368
mramsden@rmedlaw.com
Jack A. Mosby, ISB # 10986
jmosby@rmedlaw.com

*Attorneys for Plaintiffs*

Filed: 12/01/2023 15:59:32
First Judicial District, Shoshone County
Tamie J. Eberhard, Clerk of the Court
By: Deputy Clerk - Hammerberg, Debra

IN THE DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT OF

THE STATE OF IDAHO, IN AND FOR THE COUNTY OF SHOSHONE

| | |
|---|---|
| KASCO OF IDAHO, LLC, an Idaho limited liability company; and KEITH A. SIMS, an individual | CASE NO. CV40-19-0372 |
| Plaintiffs, | AMENDED JUDGMENT |
| vs. | |
| TRINA M. WELCH and NORMAN WELCH, individuals and their marital community, | |
| Defendants. | |

JUDGMENT IS ENTERED AS FOLLOWS:

Plaintiffs Kasco of Idaho, LLC and Keith A. Sims have Judgment against Defendant

Trina M. Welch and her martial community in the amount of $2,674,338.00 together with

attorney fees and costs in the amount of $23,211.61           .

DATED **10/10/2023 10:27:07 AM** .

*Bany McHf*
Honorable Barry McHugh
District Court Judge

EXHIBIT

A

AMENDED JUDGMENT - 1

## CERTIFICATE OF SERVICE

I hereby certify that on _____, I served a true and correct copy of the foregoing by the method indicated below, and addressed to the following:

Trina M. Welch
FCI – Federal Prison Satellite Camp
Trina Welch – 20301023
37930 N. 54th Avenue
Phoenix, AZ 8508

___X___ US Mail
_____ Overnight Mail
_____ Hand Delivered
_____ Facsimile
_____ iCourt:

Norman Welch
PO Box 82
Saint Regis, MT 59866

___X___ US Mail
_____ Overnight Mail
_____ Hand Delivered
_____ Facsimile
_____ iCourt: normantrina@yahoo.com

Jack A. Mosby
Michael E. Ramsden
Ramsden, Marfice, Ealy & De Smet, LLP
700 Northwest Boulevard
P.O. Box 1336
Coeur d'Alene, ID 83816-1336

_____ US Mail
_____ Overnight Mail
_____ Hand Delivered
_____ Facsimile
___X___ iCourt:  mramsden@rmedlaw.com
        jmosby@rmedlaw.com

CLERK OF THE DISTRICT COURT

12/1/2023 3:59:37 PM

By_____
        Deputy Clerk

FIRST JUDICIAL DISTRICT SHOSHONE COUNTY
CLERK
OF
COURT
STATE OF IDAHO

STATE OF IDAHO
COUNTY OF SHOSHONE

This is to certify that the foregoing is a
true copy of the original now on record
in this office.  Sealed on this 5 day of
December 2023
Peggy Eberhard, Clerk of The District Court
by Karen Hershman, Deputy

AMENDED JUDGMENT - 2

Alyssa L. Campbell, Esq.
MILODRAGOVICH, DALE
    & STEINBRENNER, P.C.
620 High Park Way
P.O. Box 4947
Missoula, MT 59806-4947
Telephone: (406) 728-1455
Telefax: (406) 549-7077
acampbell@bigskylawyers.com

-- Attorneys for Petitioner

## MONTANA FOURTH JUDICIAL DISTRICT COURT
## MINERAL COUNTY

| | |
|---|---|
| KASCO OF IDAHO, L.L.C., an Idaho limited liability company,<br><br>        Petitioner,<br><br>v.<br><br>TRINA MARIE WELCH,<br><br>        Respondent. | Cause No.<br><br>**AFFDAVIT OF ALYSSA L. CAMBPELL IN SUPPORT OF ENTRY OF FOREIGN JUDGMENT** |

STATE OF MONTANA )
                :ss
County of Missoula    )

I, Alyssa L. Campbell, on behalf of Petitioner, Kasco of Idaho, LLC

("Petitioner"), being first duly sworn upon my oath, depose and state as follows:

1.    I am the local attorney of record for Petitioner in the above-referenced

matter and have personal knowledge of this matter.

**AFFIDAVIT OF ALYSSA L. CAMPBELL IN**
**SUPPORT OF ENTRY OF FOREIGN JUDGMENT**           **PAGE 1**



EXHIBIT

B

2.    Petitioner's current mailing address is as follows:

> Kasco of Idaho, LLC
> c/o Jack A. Mosby
> Ramsden, Marfice, Ealy & De Smet, LLP
> P.O. Box 1336
> Cour d'Alene, ID 83816-1336

3.    Upon information and belief, Respondent, Trina Marie Welch's ("Respondent"), last known mailing address is as follows:

> FCI – Federal Prison Satellite Camp
> ATTN: ATTORNEY DOCUMENTS
> Trina Welch – 20301023
> 37930 N. 54th Avenue
> Phoenix, AZ 85086

4.    Petitioner was awarded a civil judgment against Respondent pursuant to an Amended Judgment on October 10, 2023, in the District Court of the First Judicial District of the State of Idaho. The Amended Judgment is valid and enforceable in Montana pursuant to Montana's Uniform Enforcement of Foreign Judgments Act. The Amended Judgment remains unsatisfied.

5.    Upon information and belief, Respondent is represented in ongoing criminal proceedings in the State of Idaho by Amy Rubin and Steve Roberts of the Federal Defenders of Eastern Washington and Idaho, 601 W. Riverside Avenue, Suite 900, Spokane, WA 99201. Upon information and belief, Respondent is not represented by counsel with respect to any civil claims against her.

6.    A Notice of the Filing of Foreign Judgment and this Affidavit will be promptly mailed to Respondent at her last known address listed above as well as Respondent's attorneys, by certified mail with return receipt requested, in accordance with Mont. Code Ann. § 25-9-504(2).

FURTHER AFFIANT SAYETH NAUGHT.

DATED this 16th day of January, 2024.

Alyssa L. Campbell

This instrument was signed and sworn to before me on January 16, 2024, by Alyssa L. Campbell.

KARI WALKER
NOTARY PUBLIC for the
State of Montana
Residing at Missoula, MT
My Commission Expires
February 04, 2024.

NOTARY PUBLIC FOR THE STATE OF MT

**AFFIDAVIT OF ALYSSA L. CAMPBELL IN
SUPPORT OF ENTRY OF FOREIGN JUDGMENT**                    **PAGE 3**

# CERTIFICATE OF SERVICE

I, Alyssa Lanae Campbell, hereby certify that I have served true and accurate copies of the foregoing Notice - Notice of Filing to the following on 02-01-2024:


Trina Marie Welch (Respondent)
FCI-Federal Prison Satelitte Camp
ATTN: ATTY Documents for Trina Welch-20301023
37930 N. 54th Avenue
Phoenix 85086
Service Method: Certified Mail


Amy H. Rubin (Other Recipient)
Federal Defenders of E. WA & ID
601 W. Riverside Avenue
Suite 900
Spokane WA 99201
Service Method: Certified Mail


Wally Congdon (Other Recipient)
Mineral County Attorney's Office
300 River Street
PO Box 339
Superior MT 59872
Service Method: Email
E-mail Address: dmagone@co.mineral.mt.us


Electronically signed by Kari Walker on behalf of Alyssa Lanae Campbell
Dated: 02-01-2024



Honorable B. Lynn Winmil
550 W. Fort St. Suite 400
Boise, ID 83724

Trina Webb
20301-023
Federal Satellite Camp-PHX
37930 N. 45th Ave.
Phoenix, AZ 85086

U.S. MARSHALS

MAR 0 1 2024

EXAMINED