JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
**WILLIAM M. HUMPHRIES, IDAHO STATE BAR NO. 11709**
KEVIN T. MALONEY, IDAHO STATE BAR NO. 5095
TRACI J. WHELAN, IDAHO STATE BAR NO. 4416
ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF IDAHO
1290 W. MYRTLE STREET, SUITE 500
BOISE, IDAHO 83702
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TRINA MARIE WELCH,<br><br>    Defendant | Case No. 2:20-CR-00052-DCN<br><br>**MOTION FOR ADDITIONAL TIME TO RESPOND TO DEFENDANT'S FILING ENTITLED: TO BRING AWARENESS TO THE HONORABLE COURT AND A CLAIM TO DISMISS THE LOWER COURTS JUDGEMENT** |

The United States of America moves the Court for an additional seven days to decide whether a response to the filing by Trina Welch ("Defendant") entitled "To Bring Awareness to the Honorable Court and a Claim to Dismiss the Lower Courts [sic] Judgement [sic]," filed at ECF No. 140 ("Filing") is necessary and, if so, to draft and file such a response.  The United States seeks a deadline of March 22, 2024, to file a response (1) to align the response deadline for the Filing in both this criminal case and the civil case in which it is filed and (2) to allow the United States additional time to research and draft a response, if a response is necessary at all.

MOTION FOR ADDITIONAL TIME TO RESPOND TO DEFENDANT'S FILING
ENTITLED: TO BRING AWARENESS TO THE HONORABLE COURT AND A CLAIM TO
DISMISS THE LOWER COURTS JUDGEMENT - 1

Defendant included the criminal case number and also included her 2255 civil case number 2:23-cv-00415-DCN on the Filing.  Thus, the Filing was filed in both the criminal and civil cases.

In civil cases, the time to respond to motions is twenty-one days after being served.  Dist. Idaho Loc. Civ. R. 7.1(c)(1).  In criminal cases, the District of Idaho Local Criminal Rule 1.1(f) provides that the local civil rules "apply to criminal proceedings unless such provisions are in conflict with or are otherwise provided for by the Federal Rules of Criminal Procedure or the Local Rules of Criminal Practice."  Dist. Idaho Loc. Crim. R. 1.1(f).  No rule in the Federal Rules of Criminal Procedure or the Local Rules of Criminal Practice provide for a response otherwise; thus, the District of Idaho Local Civil Rule 7.1 appears to apply.  However, the Court's General Order 423, at Section II.4 of the Procedural Order, states that "[a]ll responsive memoranda to pretrial and post-trial motions must be filed on or before the fourteenth (14th) day following the filing of any motion."  General Order 423.  Regardless of the potential inconsistency related to the response deadline for post-trial motions, the United States seeks a deadline of March 22, 2024, for consistency between the criminal and civil cases.

In addition, the United States seeks additional time so that it can finish its research and decide if a response is necessary and draft and file a response if so.

DATED this 15th day of March, 2024.

                                        JOSHUA D. HURWIT
                                        UNITED STATES ATTORNEY
                                        By:

                                        /s/_____
                                        WILLIAM M. HUMPHRIES
                                        Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 15, 2024, the foregoing **MOTION FOR ADDITIONAL TIME TO RESPOND TO DEFENDANT'S FILING ENTITLED: TO BRING AWARENESS TO THE HONORABLE COURT AND A CLAIM TO DISMISS THE LOWER COURTS JUDGEMENT** was electronically filed with the Clerk of the Court using the CM/ECF system and was served on the following by U.S. First-Class Mail, postage prepaid:

Trina Welch
FCI-Federal Phoenix Satellite Camp
3790 N. 45th Avenue
Phoenix, Arizona  85086
*Pro Se Defendant*

                                           */s/ William M. Humphries*
                                           William M. Humphries
                                           Assistant U.S. Attorney