UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 18 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 23-3309 |
| Plaintiff - Appellee, | D.C. No. 2:20-cr-00052-DCN District of Idaho, Boise |
| v. | ORDER |
| NORMAN WELCH, | |
| Claimant - Appellant, | |
| TRINA M. WELCH, | |
| Defendant - Appellee. | |

Before: McKEOWN, GOULD, and H.A. THOMAS, Circuit Judges.

Appellee is ordered to file a response to Appellant's Petition For Panel
Rehearing and Petition For Rehearing En Banc (Dkt. No. 43) filed on December
16, 2024. The response shall not exceed fifteen pages or 4,200 words and shall be
filed within twenty-one days of the date of this order.