**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 3 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff - Appellee,<br><br>NORMAN WELCH,<br><br>      Claimant - Appellant,<br><br>  v.<br><br>TRINA M. WELCH,<br><br>      Defendant - Appellee. | No. 23-3309<br><br>D.C. No.<br>2:20-cr-00052-DCN<br><br>District of Idaho,<br>Boise<br><br>MANDATE |

The judgment of this Court, entered November 25, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT