UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TRINA MARIE WELCH,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Case No. 2:23-cv-00415-DCN<br>            2:20-cr-00052-DCN<br><br>**JUDGMENT** |

    Based upon the Court's Order filed concurrently herewith, IT IS HEREBY ORDERED AND ADJUDGED that the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255, filed by TRINA WELCH, is DENIED and Case No. 2:23-cv-00415-DCN is DISMISSED with prejudice and CLOSED.

DATED: May 22, 2025

David C. Nye  
Chief U.S. District Court Judge

JUDGMENT - 1